UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jason Robert Brinker

# 16 CV 3761

*(In the space above enter the full name(s) of the plaintiff(s).)*

**COMPLAINT**

-against-

The Bilderberg Group, CIA, NSA, FBI, KBR, Turner, Shanska, Skull and Crossbones, Et Cetera (Refer to Attachments)

Jury Trial: ☑ Yes ☐ No
(check one)

RECEIVED PRO SE OFFICE
MAY 19 2016 PM 4: 30
S.D. OF N.Y.

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.     Parties in this complaint:**

A.     List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff          Name  Jason Robert Brinker
                   Street Address  134 Gifford Avenue
                   County, City  Hudson, Jersey City
                   State & Zip Code  NJ, 07304
                   Telephone Number  (281) 723-1555

B.     List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1     Name  Refer to Attachments
                    Street Address

*Rev. 05/2010*

Organization Contact Information

Central Intelligence Agency
Directors of CIA: Leon Panetta, Michael J. Morell, David Petraeus, Michael V. Hayden, John Brennon
1000 Colonial Farm Road
McLean, VA, 22101
(703)482-0623

National Security Agency
Directors of NSA: Keith B. Alexander and Michael S. Rogers
9800 Savage Road
Fort Meade, MD, 20755
(301)688-6524

KBR
Managers of Planning: Ralph Daves
Engineering Manager: Prafull Kumar
601 Jefferson Street
Houston, TX, 77002
(713)753-3011

Turner Construction
375 Hudson Street
New York City, NY, 10014
(212)229-6000

Skanska
Managers: Erin Willis, Donald Fusco, etc...
75-20 Astoria Boulevard
Queens, NY, 11370
(718)340-0700

Littler
Shareholders: Jacqueline Kalk and Bruce Millman
900 Third Avenue
New York City, NY, 10022
(212)583-9600

The Bilderberg Group
Member Advisory Group: David Rockefeller
Senior Advisor to the CEO: Craig J. Mundie
media@bilderbergmeetings.org
www.bilderbergmeetings.org
www.bilderbergmeetings.org/steering-committee.html

The Skull and Crossbones
President of the United States: George W. Bush
Secretary of State: John Kerry
64 High Street
New Haven, CT, 06511
(203)432-4771

Federal Bureau of Investigation
Director of FBI: James Comey
26 Federal Plaza
New York City, NY, 10278
(212)384-1000

Apple
CEO: Tim Cook
1 Infinite Circle
Cupertino, CA, 95014
(408)996-1010

Verizon Wireless
140 West Street
New York City, NY, 10013
(212)395-1000

Lockheed Martin
420 Lexington Avenue
New York City, NY, 10170
(212)953-1510

Trump International
Chairman and President: Donald Trump
Vice President: Ivanka Trump
725 Fifth Avenue
New York City, NY, 10022
(212)247-7100

USAA
9000 Fredericksburg Road
San Antonio, TX, 78288
(210)531-8722

American Express
200 Vesey Street
New York, NY, 10285
(212)640-2000

Brazos Valley Schools Credit Union
25525 Katy Mills Parkway
Katy, TX, 77494
(281)391-2149

TD Bank
1701 Route 70 East
Cherry Hill, NJ, 08034
888-751-9000

Microsoft
Senior Advisor to the CEO: Craig J. Mundie
Manager of the Microsoft Store on 5th Avenue in New York City: Meghan Hunter
One Microsoft Way
Redmond, WA, 98052
(425)882-8080

County, City _____

State & Zip Code _____

Telephone Number _____

**Defendant No. 2**  Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

**Defendant No. 3**  Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

**Defendant No. 4**  Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

## II.   Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions          ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? *Refer to Attachments* _____

_____

_____

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

_____

## III.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.     Where did the events giving rise to your claim(s) occur? _Refer to Attachments_

B.     What date and approximate time did the events giving rise to your claim(s) occur? _____
_Refer to Attachments_

C.     Facts: _Refer to Attachments_

What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

IV.     Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received._____
_Refer to Attachments_

**V.     Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. _An end to the harassment_

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _19_ day of _May_____, 20_16_ .

Signature of Plaintiff    _[signature]_

Mailing Address    _134 Gifford Avenue_

_Jersey City, NJ, 07304_

Telephone Number    _(281) 723-1555_

Fax Number _(if you have one)_ _____

**Note:**    All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the _Pro Se_ Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number    _____

_Rev. 05/2010_

# Jason Brinker

134 Gifford Avenue, Jersey City, NJ 07304
(281)723-1555 jasonrbrinker@gmail.com

## Education
**The Pennsylvania State University**, University Park, PA          **Class of Spring 2008**
- Civil Engineering, Bachelor of Science
- Member of ASCE, ASME, ACI, and The Order of the Engineer

**Training and Certifications**
- WEST Engineering Services Seminars: Subsea Drill Through Equipment; Deepwater Challenges; and, Symbols, Schematics, and Troubleshooting
- OSHA 10 Hour; Basic Plus; Helicopter Underwater Escape Training; and, Primavera Scheduling Certification

**Software Proficiency**
- AutoCAD, Land Desktop, and CADWorx; Navisworks; Smart Plant Materials and Review; Kubit Point Cloud; and, STAAD Pro
- Primavera Scheduling and Risk Analysis; and, Microsoft Project, Visio, and Office

## Experience
**KBR**, Houston, TX – *Planner/Scheduler*          **December 2012 - June 2013**
Project Oversight and Controls
- Developed implementation, FEED, and construction schedules for the Ammonia Group
- Produced resource curves and man-loading projections on a monthly basis

**Ref-Chem, LP,** Pasadena, TX – *Project Engineer*          **January 2012 – July 2012**
Project Engineering and Management, and Project Controls Management
- Facilitated creation, review, challenge, and approval of Ref-Chem's first EPC Class A Estimate; Primavera P6 Schedule; and 3D-model in CADWorx 2012
- Took part in Ref-Chem's first Project Monthly Report and assisted in evolution of support documentation
- Managed multiple EPC Projects from FEED through Detailed Engineering and into Construction

**WEST Engineering Services**, Brookshire, TX – *Contracted Technical Specialist*          **August 2010 – June 2011**
Scope of Work and Accomplishments
- Certified the first post-Macondo, deepwater, exploratory well program to drill in the Gulf of Mexico
- Performed enterprise scope analysis that was presented to the United States Congress for demonstration of competency to survey drilling rigs under various environmental and regulatory conditions
- Supported compliance inspections at T3 Energy Services for Shell's operations on the Noble Driller; and, witnessed shear testing of T3 Model 6012 BOP to verify that pipe can be cut under test conditions
- Facilitated third-party verification of Blow Out Preventers (BOP) and Hydraulic Control Systems:
  - **BOP Certificate of Compliance and Compatibility**
    - Analyzed surveyor deliverables, schematics, Certificates of Conformance, wellbore temperature and pressure, fluid compatibility, and accumulator volume calculations
  - **Shear Verification Certificates**
    - Calculated the required pressure to shear pipe by analyzing the mechanical properties of drill, casing, and other pipe; and corrected for hydrostatic and wellbore pressure effects
    - Assisted in development, adaptation, and acceptance of new shear calculation methods

**Technip USA, Inc.,** Houston, TX - *Graduate Engineer*          **July 2008 - March 2009**
Estimating and Control of Projects (ECP)
- Revised ECP documentation through use of project controls management methodologies
- Analyzed cost, scheduling, and risk deliverables from Primavera Scheduling and Risk Analysis

**ExxonMobil Billings Refinery Compliance Projects**, Billings, MT – *Contracted Field Engineer*
- Managed change through analysis of requests for information; preparation of non-conformance reports and project deviation notices; and maintenance of as-build drawings
- Utilized Smart Plant Materials to track refinery shipments and report to Regional Management through material receipt reports and material issuance reports
- Approved hydraulic and radiographic testing of pipe, and megger and continuity checks of electric heat trace

# Jason Brinker vs. The Bilderberg Group

I went to a career fair at Technip, and had an interview with KTI for two hours. I was driving home, and they called me back for a second interview. Bryan Heitz was looking over resumes and forwarded mine to Ann Danner, someone from Penn State Reading. I had an interview with the CEO, John Wishart. I stared down his ring, and he turned it around. I thought that he might be a member of Bilderberg or another secret society.

I grew up with a friend, Cory Spears, who has family in the CIA. The CIA had a stand set up at this career fair, and I spoke with someone about joining the CIA. The career fair had been set up by John Culberson, and was at the Merrell Center in Katy, TX.

Mike Lefevre told me he was a Democrat; and said, "I will be President one day. They call it Littler." Littler specializes in Employment and Labor Law.

Once the Macondo Incident occurred and the Deepwater Horizon went down; there was a need for third party verification of blow out preventers, hydraulic controls systems, risers, diverters, and all the other equipment associated with ensuring the safety of offshore drillers. West Engineering Services gave me the opportunity to take on this role. Working with our CEO and lobbyist, I helped coordinate the marketing effort to the senate subcommittee over the Deepwater Horizon Investigation. Jeff Sattler hired Dave Pemberton to be Head of the Compliance Group. He had been in the CIA before working at WEST Engineering Services. High profile wells that I certified include the Macondo and Cardamom Deep Wells. Certifying this water injection well gave BP the opportunity to cap the Macondo Well, and finally stop oil from rushing into the Gulf of Mexico. The Cardamom Deep was the first post-Macondo deepwater exploratory well program to commence drilling efforts in the Gulf of Mexico.

KDR was raping women and dealing drugs out of their frat house. I wrote on a Houston Chronicle blog about the Jerry Sandusky Case that women were being given GHB, Rohypnol, and other date rape drugs and being taken advantage of.

Denise from Rigzone called me, and told me that the CIA was trying to recruit me. She told me to go to the CIAs Website; scroll to the bottom of the careers section; and, look at the job description. The job description looked like what Q does in James Bond. She told me that I could only talk about the CIA recruiting me with my wife. I don't have a wife; I thought that they were infringing on my freedom of speech; and, I told Whitney Cleland and my mother that the CIA was trying to recruit me. My first week at Ref-Chem, I came into Terry Yost's office wearing the Nike Shocks created to commemorate Joe Paterno. I showed them to Terry Yost, and he got a big smile on his face. He took me out for lunch; I told everyone that I knew Joe Paterno was innocent; and that everyone was trying to cover up the truth. The man who broke the story said in a different source that children were being pimped out of Penn State. Terry immediately had a nervous look on his face. When I was working with Ref-Chem, I bought a

Toyota Prius V. I showed my car to some engineers at Ref-Chem. They laughed; and said, "I don't know if we'll be able to work on this one." I told someone that I didn't want an iPhone, because the NSA and CIA use them to track innocent people down and spy on them. I was wondering why they scan for fingerprints at my local gym. I thought they might be linked into a database that the NSA or CIA could use to find people. Two men followed me into the sauna at 24 Hour Fitness; and one said, "I'm an undercover cop." I had turned down an opportunity with the CIA, and I realized that they might be stalking me. I told them I had family in the military, and asked them why they had decided to become undercover cops. They became nervous, and didn't say anything. I went to a Rigzone Career Fair, and spoke with Koch Pipeline. Someone I interviewed with at the career fair turned my hand upright with the Masonic Hand Shake (Chevron?). I went to another Rigzone Career Fair, and noticed a guy was staring me down. As I was leaving the career fair, he came by my side and told me he was with the NSA. I spoke with him about how the CIA had attempted to recruit me.

I want to start a three party system in America. The point of life is to have a good time. I told Whitney Cleland that I had an idea to start the Pink Party at her graduation from Middlebury. I want the Victoria Secret Angels to sponsor my party; and the motto of the party is "Support and Comfort for All." I insulted the NAZI's. Whitney cried; and said, "You don't know why the NAZI's do it." The Ambassador to Russia spoke at Whitney's Graduation, and Whitney broke up with me after graduation.

At my final interview with Ralph Daves; I said, George W Bush came to my elementary school to start off his campaign as Governor, and Lee Atwater is my favorite Republican. I told Ralph that one of my friends worked with Lou Pouker at Shaw Group as an Accountant. Subcontractors "unknowingly" signed contract with bonuses; and, KBR kicked back their bonuses to the Nigerian Government. Lou Pouker fled Nigeria, left KBR, and was promoted to become President of Shaw Group (Dick Chaney, Shaw Group, KBR, and Halliburton). Kevin said Lou Pouker had forced him to change the accounting books at Shaw Group. Ralph asked what my favorite movie was; and I told him, *The Ninth Gate*. He told me that Root had built the White City for the Chicago's Columbian Exposition. Ralph asked me if I had been in a fraternity. I told him that I had pledged PKA, but dropped out a week before hell week.

I was called in for an interview with a Recruiter at Addison Search, and Adelaide Conrad McKnight Cuneo when I worked at Ref-Chem. She was his Head of HR, and had been going through recovery from Breast Cancer. Her VP told me I would never work for KBR. Her VP tried to steal her contacts, and she left the company. Contacts are everything to someone in HR. Adelaide and I started to date. My Psychology Professor at Penn State told me that there is still slavery around the world, even in the United States. When I worked at KBR, Adelaide told me that her family used to be slave owners in New Orleans. After the military called her grandfather from one of the first satellite phones, her family bought most of the airspace in the United States. Her grandfather is the owner of Century Link. She told me that the CIA attempted to recruit her, and she had an immune deficiency.

At orientation, I realized that KBR stated they had donated a certain amount to one charity when it was the amount they had been donated to all their charities. HR smiled; and said, "There might be some truth to that."

When I worked at KBR, they told me they have a regional office in Wilmington. Johnson and Johnson has been sending there drugs to Houston and New York in order to be based by Watson. Painkillers, Xanax, and Somas are then spread through doctors in Houston and New York. Patients go into the doctors, tell them that they have pain, and they aren't given X-Rays or Cat Scans. Drug dealers have multiple people go to different doctors on a monthly basis in order to get the supply they need to support themselves. They pay off the people they use by giving them a few of the painkillers. The doctors ask for cash only, and don't take insurance. KBR could be working with Johnson and Johnson to send drugs abroad and distributing them to the military.  I remembered that Will worked in Wilmington for Johnson and Johnson. I spoke with Will Hickock, and he told me that Johnson and Johnson caught a batch of Hydrocodone or Hydromorphone that missed a step in the reaction process. He told me that if they didn't the catch the error, every person taking the drugs would have died. His wife was told to take a drug test by the end of the week. They could be missing steps in the reaction; give them to KBR, NSA, CIA, Mafia, etc...; and, use them to target people in the United States or abroad. It is said that the AIDS Virus and Polio were created in a lab through test monkeys. They may be manufacturing diseases, and spreading them to third world countries through care packages in order to kill off the populations. There is an airport next to KBR and the Johnson and Johnson Factory. They could be flying and shipping drugs and diseases to these nations through this airport. Annapolis, Baltimore, Washington DC, and Philadelphia are located near Wilmington.

I told my Construction Manager, William Schibetta, that I had won Obama Harris County by 2 votes. I said that the woman I was dating worked for the First Lesbian Mayor of Houston, TX.

I watched a documentary called *Hot Coffee*, and I talked to Martin Goodale about watching a documentary on Jamie Leigh Jones. I realized my account at KBR was hacked into. As they would move my mouse around, I would talk back to them by changing my e-mails to mock them for hacking into my computer.

I was given a notice that Junior Achievement was looking for people from KBR to volunteer. I spoke with the woman who was running the charity about being from Penn State, and how I had met Joe Paterno. She immediately went up to the CEO and said, "We have one from Penn State, I think we have a problem." The CEO stared me down. They sent me to teach children how to start a business in Galena Park. Ralph told me KBR was looking to move their headquarters to the Woodlands. Arrow Child and Family Industries is located in Spring, TX. Arrow Child and Family Industries is located in between most of the major operators and general contractors in Houston, TX. More Mexicans have been trafficked on I-10 than anywhere else in the world (Telephone Road). My Project Directors at KBR used to work in the Monterrey Office. I immediately assumed they were trafficking children. The Military, KBR, CIA, and Immigration may be importing families from Latin America. They may use charities like Junior Achievement to recruit gang members, promote sex slavery, and child pornography. Look into KBR trafficking children from Iraq, Saudi Arabia, Afghanistan and Monterrey into the US. Whitney Cleland told me that some of her students were going to KBR for an information session. KBR may be recruiting students in high school to work with the NSA, CIA, or Defense Contractors.

I watched a documentary on Iran-Contra, and about how Oliver North ran for Senate. I assumed that KBR was involved with the Iran-Contra Affair, and I talked about what I saw on the Documentary with one of the people I smoked with on break.

In the 1970's and 1980's DARPA funded Artificial Intelligence; Global Positioning Systems; Long Range Data Links; Digital Flight Controls; and Satellite Communications. Dragon flies with video and audio capabilities were sent into Russian Embassies to spy on the Russians in the 1970's. There might be some sort of specialized antenna used in conjunction with the drones and birds. There weren't many birds on Mason Creek; and birds that weren't native to Houston, TX started to show up around my house. I mentioned to my mother and Whitney Cleland that I had heard about the dragon flies with video and audio capabilities when I went to school at Penn State. I said that I thought these birds weren't native, and could have video and audio capabilities that may be used to spy on the public. My computer at KBR was hacked into; and, hit men would track me down on Mason Creek. Homeland Security followed me home from work at KBR; and, drones started to fly over Katy, Texas. I told Whitney that I thought the CIA and NSA were following me. I said they had tried to recruit me, and that I had turned down an opportunity with them. Whitney started losing a lot of weight and was always crying at the time. Whitney told me that she likes Bill O'Reilly. She didn't tell me why.

When I resigned, I told Ralph I felt like I owed him an explanation for why I wasn't able to meet their needs as a Planner/Scheduler. I said, "The CIA tried to recruit me before I was hired at KBR. They told me that I could only discuss the opportunity with my wife. I don't have a wife; therefore, this policy is unconstitutional." Ralph replied, "Who knows what kind of technology the CIA has." He asked me if I was going to move to New York City. I said, "I'm not sure if I can move there since I don't have any money saved." Ralph immediately ran out of his office. I assume he went to the CEO to delete the recordings of my entrance and exit interviews.

My Toyota Prius V was manufactured in the United States. The mechanical motor in my Toyota Prius V stalled, and I was hit by a SUV and almost died. The NSA, CIA, and KBR may have installed something in my car that could regulate the Electric Motor, and stall the Mechanical Motor. Most technology in the United States comes from military research. The technology used to automate cars must have come from the military, and most likely was installed in my car. When I woke up I decided to move to New York City. Whitney cried when I went to say goodbye to her before I moved to New York City; and she said, "Don't go to New York City." Before moving to New York City two gay men came to me, and asked if I wanted to go on an adventure under the bridge. I was walking down Mason Creek, and heard a man shoot himself in the head. I moved to New York City; and, my mother told me that Whitney was engaged to Joel Koch within a month. The Koch Family lives at 740 Park Avenue. Bilderberg potentially forced her to break up with me.

One World Trade Center was Designed, Engineered, Procured, and Constructed by over 100 contractors in the same fashion HHH constructed his Chicago Castle. Root was the Constructor of the White City in Chicago. They hired so many contractors that it would be difficult to keep records. Money could have

easily been kicked back. Plans and sections might have been manipulated and most likely aren't easily tracked. They could have easily ended up in the hands of subcontractors, mob, and terrorist groups.

Root was the Constructor of the White City in Chicago. John Wellborn Root was given Pneumonia, and Burnham took over for Root. GW Shaw, the American Loan and Trust Association, Root, and Tesla were at the Chicago's World Columbian Exposition. Tesla lit the World's Columbian Exposition in Chicago. Tesla invented electric oscillators; meters; improved lights; and the Tesla coil. He also experimented with X-rays, gave short-range demonstrations of radio communication; and is known for experimenting with mind control. Root and Burnham may have had a part with the construction of HHH's Hotel (Oil tanks, gas lines, furnaces, corrosive acid, lime, and poisons). In 1895 Tesla's New York lab burned, destroying years' worth of notes and equipment. Tesla lived his last decades in a New York hotel, working on new inventions even as his energy and mental health faded. Tesla and FDR lived in the Waldorf Astoria. George Prescott Bush recruited numerous generals during World War II to attempt a Coup-de-tat. KBR built battleships used at D Day in World War II. They were stationed at a Naval Base around Red Hook. KBR, the Skull and Crossbones, and George Prescott Bush were responsible for the Coup d' ta. Their goal was to install a Fascist Dictator in America. FDR found out about their plans to attempt a Coup d' ta, and he sat down with George Prescott Bush and decided to forgive him. I told them that I had heard Polio was manufactured in a lab on monkeys, and that the Skull and Crossbones gave FDR Polio. Their symbol is used all over the Medical Industry. Upon Tesla's death on January 7th, 1943, the U.S. government moved into his lab and apartment confiscating all of his scientific research, some of which has been released by the FBI through the Freedom of Information Act.

I walked into Tishman's Corporate Office with a woman; their door was left open; I spoke with a receptionist; and was directed to Doug Troast and Peter Vezos. I stopped to look at Master Copies of One World Trade Center. I had interview with Peter Vezos; and said, "You'll just let any bearded man up here to look at the master copies!" They said, "I don't ever think you'll work for us."

The day before Melvin Santiago was shot I was pulled over by him and his police officer. Melvin defended my name; and said, "This guy hasn't done anything wrong. Why are we doing this to him?" I was at Walgreens 30 minutes after Santiago was shot. Santiago could have defied his superiors. The Jersey City Police has a history of planting guns and drugs on Jersey City Citizens. Santiago's murderer could have been forced to go to Walgreens. One of Santiago's Superiors asked me if Paul and I were brothers. The Security Guard at Walgreens said he used to work with the FBI. The Jersey City Police, FBI, NSA, or CIA may be involved with Santiago's Shooting. They could be members of the Skull and Crossbones.

I had an interview at PACE University and the man from graduate admission said, "You're our ideal candidate."

Two days after I met Aaron Paul, Ryan Gosling, and Misha Barton (The Friday before or after Thanksgiving of 2013); I met a woman named Jennifer Spinning on 48th Street and 8th Avenue. I was

singing. She turned around, and started to sing back to me. I asked her if she wanted to go out in the beginning of December. She said that she was at a private party at the Metropolitan Museum; and, she told me to come by. She said she was with people from work; however, I assume some of them must have been associated with some people in the CIA, NSA, or Secret Societies on Park Avenue. I bought her some earmuffs, and a card from Hallmark. When I got to the Metropolitan, she told me that she couldn't go on the date anymore. She told me that she had dated someone from Saudi Arabia in Paris for 5 years, and went through a rough breakup.

In February 2014, I met a woman named Kate at the Gingerbread Man when I was with Allen Khanchic. She lived on 72nd Street in between Lexington and Park. She told me that she was paying only 1,700 $/mn (The average price of a one bedroom house on Park Avenue is 2,700 $/mn). She lived one block away from 740 Park Avenue.

On April 2, 2015; one of Casino's Project Engineers met me on 56th Street. C.W. Ramsburg called me and told me to meet him at the Light Horse Tavern on 199 Washington Street. When I was there, Steven M. Fulop came in. I went in for an interview by Hudson Yards. The man I interviewed with said, "Are you one of us…."

I worked my way up through five construction sites and three offices before making it to Turner's Corporate Office in Tribeca. I had walked roughly 15 miles. One receptionist wanted to let me in, but HR wouldn't speak with me. I decided to forgive them. I backed off Turner a bit; because I have a feeling they aren't a company of high integrity. A month later, a Turner Engineer gave me his card so I could have a reference. He confirmed what I have only seen in one source and is clearly being underreported by the media. Turner helped to rebuild the WTC, and is building Kingdom Tower with Saudi Bin Laden Group. What did I do on my first 9/11 in NYC? I went to every Turner Jobsite I could find, baited their workers and managers in with my standard sales pitch, and made sure they knew exactly what they now represent. They always asked, "Do you know anything about our company?" The response was always, "Aren't you that company that helped build WTC, and took their next job with Bin Laden?" I revisited Turner, and noticed a rift beginning to break them apart. Every one of their construction managers was afraid to give me their name as a reference. I spoke with 10 or 15 people. All of them were very afraid of being fired, but told me to go to Tribeca for an interview with HR. I talked my way past security, and the receptionist told HR I was there to have an interview. Even at this time, I was still ready to accept them into my heart under one condition. They had to be respectful. By the time I was through with Turner, literally every one of their representatives was shaking from nervousness or having a full on panic attack. I didn't even have to mention Kingdom Tower to make them tear up. They just had it in them. I'm sure Turner black listed me.

I interviewed with Skanska 15 times. I met David Trooper on the street at the 2nd Avenue Subway. He introduced me to a girl named Ericka; and, told me to speak with Rich Currant and Aarron Antonucci at Schiavone. Ericka and Michael Tavakolian told me to speak with a man named Rhiad. Rhiad referred me to Adam Smith. He told me to speak with Tom O'Rourke. He referred me to Tom Maxwell, Vinnie Evola,

Donald Fusco, and Keith Chouinard. They had me speak with Erin Willis-Freedman. She called me up for a phone interview. I wrote them some e-mails about how Turner (AS + GG) and KBR are working with Saudi Bin Laden Group; and how I want to build the world's tallest building in Central Park. These e-mails were sent to Jacqueline Kalk at Littler. Littler tried to prevent me from contacting Skanska. I laughed at Jacqueline Kalk, because I knew they were in the wrong. Skanska shouldn't be leading people on. No man should have to go through 15 interviews to be turned down.

My Capstone Teacher at Penn State designed the tallest building in the world, Burj Khalifa. In the 1950's, Frank Lloyd Wright came up with a design for a 300 story skyscraper; and I have been speaking with people at the local, state, federal, and international level to start construction of "Mile High Tower" in Central Park. The Great Lawn has the necessary soil structure to build a center stone monument for New York City that represents peace and order in the world. Close vicinity to the Museum of Natural History and the Metropolitan Museum of Art ties beliefs from different cultures from over the world with the message this tower represents (stability, compassion, pride, beauty, determination, flexibility, respect, environmentalism, sustainability, worth, idealism, inspiration, responsibility, love, and hope). The building will be self-sustainable and draw from different technologies. For instance, oil & gas, solar, and wind power. An environmental sanctuary encompassing numerous floors will house all sort of plants and wildlife brought from over the globe. A subterranean transportation complex is to unite all the 5 boroughs and North Jersey to the tower. A shopping mall similar to what was under the Twin Towers will be built into the transportation complex; and area on the lawn used for recreational events will be upgraded to support different sporting events. The idea is to have an area where people can come to enjoy themselves, learn, and influence the world's leaders in a positive manner.

Congress enacted the Dodd-Frank Wall Street Reform and Consumer Protection Act to, in part, protect whistleblowers from employer retaliation.

I had an interview with STV for new terminal at LaGuardia. I told them I knew there are anti-aircraft weapons from the 70th to 90th floors of One World Trade Center, and could snipe anyone they wanted around New York City from the tower. Stanley Bruno told me Michael Cuomo had come in to talk with him the day before my interview.

I had an interview with Construction Realty Safety Group Inc. on January 14, 2015. I thought that the man I interviewed with might be on Methamphetamine; he told me they work on some plants in queens; and I had a feeling they might be manufacturing Methamphetamine.

In February of 2015, Bilderberg Skyped into my television. Bilderberg is composed of politicians, secret societies, members of the military, and media from around the world. They picked up Obama after six months and took him to house in the country in the Netherlands. They supposedly selected Obama to become President. They told me that they had voted me in as the next President. Jeb Bush told me a CIA agent had been fired for showing me the documentary on how Bilderberg influenced Obama's Presidency, and he told me to send e-mails to Jeb@Jeb.org. I told the Skull and Bones that I knew about

their traditions. They give their pledges GHB, and they wake up in coffin. Geronimo's Skull is housed in their house at Yale, and they worship it. At initiation they shoot one of their pledges with a gun that has a blank round in it. They have a tomb at Yale University. I told them that I heard Polio was manufactured in a lab on monkeys, and the Skull and Bones gave FDR Polio. Their symbol is used all over the Medical Industry. George Prescott Bush recruited numerous generals during World War II to attempt a Coup. KBR built battleships used at D Day in World War II. They were stationed at a Naval Base around Red Hook. The Skull and Bones, and George Prescott Bush were responsible for the Coup. Their goal was to install a Fascist Dictator in America. FDR found out about their plans to attempt a Coup; sat down with George Prescott Bush; and decided to forgive him. I said that Washington was supposed to be the first Grand Master Mason; however, he turned the opportunity down. After my father died of AIDS, I saw a ghostlike figure next to my bed. This is a normal thing when going through severe depression. I was watching a documentary on the Masons before my e-mail to Littler. Washington had seen a similar figure in Valley Forge. The ghostlike figure said he was an alien ambassador, and that Washington would bring a new form of government; and eventually, a new world order. Masons supposedly "prayed" to him.

I told Bilderberg my favorite President is Reagan; but, they found out my vision for the world is Jimmy Carter. I said that the point of life is to have a good time; and, I want to start a three party system in America (The Pink Party). I said that I want the Victoria Secret Angels to sponsor my party; and the motto of the party is, "Support and Comfort for All." I want to prevent divorce and men from assaulting women. I mentioned a need for same sex marriage to be legalized. I said that they should be able to adopt children as long as their adoption is approved by the proper agency.

I told them that we need full transparency between third party verification companies, general contractors, operators, and manufacturers. One of my mentors at KBR has a father who was VP at Citi Bank and scapegoat in 2008. I said that Wall Street had given loans in Africa, and the Oil & Gas Industry had over reported oil and gas reserves to these countries. This is the reason that it has been difficult for African Oil Companies to get the rights to their own oil. The wells didn't produce as much as was stated in the exploratory report; and, they were forced to pay back loans on Wall Street. I said that JP Morgan had bailed out Theodore Roosevelt in the early 1900s, and that they used to have integrity. I said that most of the Oil & Gas and Banking Industry should be fined in order to end fraud, corruption, embezzlement, etc....

Two employees from KBR Skyped in; I reminded them that they had told me confidentiality agreements last for 30 years; and they hugged each other. I said, "I know that the military is letting the war in Syria, Jordan, and Iraq go on; because, KBR wants to rebuild the refineries that ISIS has destroyed." I was asked how I felt about gay men being in the military. I said that it would hypocritical to keep gay men out of the military, because the military practices Spartan Traditions. The Spartans believed that homosexuality encouraged comradery.

I saw a documentary on Netflix about the Skull and Bones that mentioned they have a tradition called "War." Bill O'Reilly asked if I would go to "War." I said, "Sure." I had some friends and mentors in the Skull and Bones; and, I assumed that this was them. I wanted to show respect to George W Bush; since, he came to see me when I was in elementary. Bill O'Reilly said, "I heard this would be a sure thing." I was sent an e-mail from the Rasweiler Group. They told me that my father had a trust fund with ExxonMobil. They asked me to come to a conference in Clinton, NJ at the Clinton House to inherit it. I knew it was fraudulent, because my father worked for Union Carbide.  My father didn't work with ExxonMobil, and I decided that it would be best to turn down the offer. I didn't want to accept any money that may be considered fraudulent. When I told them I wasn't going to show up, they said that they had made a mistake.

I could hear the NSA and CIA talking under Netflix. I laughed at them; and said, "You know I can still hear you. You really need to work on their technology." They told me not to laugh at them; and said, "We are the mob." I just laughed at them again.

**Refer to *Scientific America: The Brain's GPS***

Bilderberg poisoned and attempted to brainwash me. A plumber came from Roto Rooter. A line to the washing machine had been disconnected and water was all over the floor. I assumed KBR had sent someone over to start and electrical fire. I had seen a house burn down on Clinton Street; and I knew the mafia burns down buildings, because of the two fires in Seaside Heights. I heard the plumber working downstairs. I was cooking food; went to get a glass of water; and when I came back, Congress motioned me to drink poisoned water. He may have put something in the water (Polio or Pneumonia?).

AS + GG worked with Trump to build Trump Hotel Chicago. Prosecutors charged Carl Koenemann, and Benjamin Nitch, and Daniel Maradei with felony criminal damage to property charges after police say they turned on a water valve in one of the building's stairwells. The water caused two elevators to essentially short-circuit and sparked minor fires. The three allegedly entered the fire stairwell, setting off alarms, and then, several floors below, turned on the water. Even though the building's security director testified the high-rise has 186 cameras, none captured who opened the valve. Days later, Chicago police tracked the suspects down after Trump security provided them Koenemann's credit card receipt for the bar tab. Nitch told police he had accidentally bumped into the standpipe, causing the water to leak out. Dorgan testified that was impossible, testifying the valve has a threaded cover that must be unscrewed and takes two to four full rotations of a turnwheel to open. Prosecutor Marina Para said it was likely two of the men used forceful turns to open the water valve, which firefighters usually tend to with a wrench. The trial began with an assistant state's attorney delivering a brief opening statement, but then a long delay took place over defense allegations that prosecutors had improperly waited until Wednesday to turn over certain statements Nitch had given authorities. The judge barred prosecutors from using the new evidence at trial. Criminal damage to property charges against Carl Koenemann and Daniel Maradei were thrown out. After hearing the judge would recommend probation, Nitch decided to plead guilty to

one felony count of criminal damage to property. He had not previously been offered a plea deal by prosecutors.

*I called my mother to say that KBR is trying to ruin my career and that I need to get a case together against them.* She said she would talk to Kirk, and his family would get a lawsuit together against KBR. The NSA, CIA, and KBR hacked into my mother's e-mail account; and threatened her into telling me whatever they wanted her to say. She said that she couldn't get the Dyes to take my case, and later said she couldn't even remember when I called her to get the case together.

**Refer to the "Brainwashing, Bilderberg, Quotes, and Symbols and Context."**

They started to commit idea theft by using Wi-Fi, Cognitive Computing, Brain Powered Machine Learning, and Ultraparanoid Computing.

Different companies, bureaus, and agencies around America Skyped in and gave presentations looking for input from me. They chose certain *Documentaries; encrypted them; asked me questions. I answered the way I would at an interview, and they told me if they were interested in hiring me.* I mentioned that I thought they were going to steal my ideas; and Mark Zuckerberg said, "This is going to be embarrassing if I have to do this again." My family used to be Democrats; and a few years ago, they told me that they had become Republican. I wouldn't say much; and my grandfather would say, "That's my boy." He knew that they were trying to steal my ideas, and the CIA and NSA had gotten to my family. When I started working at KBR, my mother started calling me Kirk. I said Tesla is my favorite engineer. I talked about him designing Niagara Falls, and I said that I know the weather machine can work. I mentioned that he lived in the Waldorf Astoria with FDR, and gave schematics for the death ray to Serbia to prevent the Army and precursor to the CIA from being able to use it. This was the reason why "Star Wars" was unsuccessful. I mentioned that I want to get wireless power to work. Mark Zuckerberg said, "We have to buy this guy." Mark Zuckerberg said, "We usually only get Dementia in 1:4."

Jennifer Spinning is a potential CIA Agent or member of St. Bart's. She said she grew up in Stamford, CT next to Mark Zuckerberg. When the CIA Skyped into my television, I told them that my United States History Teacher taught John Hinckley. She came to Jersey City in a cab that had an advertisement for Top Chef with a contestant that looked like Michael Lefevre. When we went under Holland Tunnel I immediately felt "nervousness."

Country said, "I know they gonna give him the needle;" and, he told me to come and look at something on his computer. He pointed to $400,000,000 Dollars on the computer screen. I had been told that I have a trust fund; and, I knew that I had a hit on my head when I worked for KBR.

I was watching encrypted television; and they said, "We're Satan." I laughed and said, "That's a joke, there's no way in hell ya'll are Satan." They said, "Why don't you watch Event Horizon?" One of my

friends from New Orleans, Sterling, had told me that the Egyptians put something in their coffee. I went to get a coffee from BP, something had been put in the sugar or the coffee was poisoned.  They (Congress) said, "We have you now."

Army Special Forces (Taylor Wathen) said, "You definitely die for your country. I'm going to eat that cobra heart." Allen called me up, and said that he wanted to take me to get lunch at some place. He said, "They have really good roast beef sandwiches." Allen called, and told me that he was outside. George W. Bush said, "I can't help you now." Allen drove me to Fiore's at 414 Adams Street, Hoboken, NJ, 07030. On the way to Fiore's, Allen's phone redirected him and made him take the least direct route. The streets are all named after Presidents (Marshall, Harrison, Jackson, Jefferson, Adams, Monroe, Grand, Clinton, and Washington; in addition to, Willow, Bloomfield, and Court). I felt uneasy, because I had been told by someone on Park Avenue that he only walks down certain streets. Sterling had told me that they serve cannibals at Fiores' in New Orleans. The restaurant Allen took me to was named Fiores'. Allen told me to get the Saturday Roast Beef Special. Someone there said, "He's such a freshman." I only took one bite of the "roast beef" sandwich that he gave me. I realized it didn't taste like roast beef and that it was a mistake. I refused to eat the rest.

Allen and Jeff Sasson took a blunt of Marijuana to Allen's Room; laced the blunt with something; and, asked me to watch a video on YouTube showing me how to "Open my mind." I knew that Allen's Father owns a used car dealership, and I assumed that he is part of the Russian Mafia. They may be connected to Rose of the World. I became scared immediately, and opened and closed the door to Allen's Apartment five to ten times. Allen and Jeff looked and acted differently. The display showed question marks for the elevator floor, and both elevators moved up and down aimlessly without going to the lobby. Bells were ringing in Fort Lee; and, I started to walk from Pembroke Towers to Washington Bridge. I turned back because I thought I might be forced to jump off Washington Bridge. I started walking to Jersey City, and walked back and forth up the same street. I walked to Weehawken; took a bus back to Allen's; asked him to give me a ride home; and a Nor'easter came through. I remembered a commercial from when Houston won the Finals against New York saying, "Hell will freeze over when the Rockets win a championship." On the way home with Allen; I heard "Run, Forrest, Run" on the radio. When Allen dropped me off, I turned on TCM. There was a movie from the 50's on, and soldiers were walking back and forth the same way I was after leaving Allen's.

Cory Spears called me and said, "You know I'm one of your good friends. Just don't stop until it's over. If you want to avoid the CIA just pull the plug out of your TV and cover up the mirrors."

On March 11, 2015; I was receiving encrypted music through iHeart Radio and Pandora. There was a convention called AppleCon at the Javits Convention Center. I decided to go to Washington DC, and I saw that the Megabus only cost a $1. I had a choice between the Megabus and Jimmy's Cab Service. Jimmy's Cab Service was trying to charge $80 Dollars and Megabus was trying to charge $1 Dollar. When I went back to the Megabus; the cab driver said, "You're dead." The Megabus engine started to break

down in traffic. I arrived in the morning. I walked out of Union Station, and the Robert A. Taft Memorial Carillon began to ring. I knew about the Masonic Pentagram, and how Jefferson designed the city. I looked at a map, and decided to take a path that showed different sites that were important in the Civil Rights Movement. I passed by the White House. There was a fence that was left open to me. I walked past the open fence, because I didn't want to go into the White House. I turned around, and security closed the fence. They either wanted me to come in and talk with them about being President; or, make it look like I was a criminal. I listened to encrypted radio, and they were telling me who wanted to hire me in DC. I bought a bottle of Dasani at Union Station; and, took Megabus from Union Station to Port Authority in New York City. As soon as I started to drink the Dasani; I started to fall asleep. When I awoke; the NSA had hacked into the buses televisions, and they kept changing from red to blue. My mother had told me that I would have to choose a side (Republican or Democrat). I realized the bus was heading south instead of towards New York City. The woman next to me was on the phone and said, "I don't think he's going to do anything." I asked the bus driver why we were heading south; and he said, "We will be in New York City in two hours." Two hours passed. I noticed that we were still heading south; and, I went to speak with the bus driver again. He said we would be in New York City soon. We continued heading south; I became frustrated; and talked to the bus driver again. He started to yell at me; and when I raised my voice to him, Freedom Tower appeared as if a curtain had been lifted. I know that KBR is in Billings, MT; and, the Skull and Bones worship Geronimo's Skull. The Indians used to use Datura Root for vision quests. I assumed the bottle of Dasani had Datura Root in it. The woman on the bus started crying when I didn't pull the emergency escape lever before going into the Lincoln Tunnel.

I had been assaulted by Paul Steinitz; a temporary restraining order was placed on him; and, he came back a week later. I showed the Jersey City Police Department the restraining order that was placed upon Paul. The police then forced him out of the house. Paul stole a credit card statement when he moved out of 134 Gifford. On March 12, 2015 (9AM); two senators from when Bilderberg Skyped into my television showed up at the Jersey City Municipal Court to represent Paul. The warrant presented differed from the police report presented by Officers Egan and Aly. I paid $500 Dollars to Patrick Patel for him as a lawyer. Joseph A. Siclari showed up. He looked exactly like Paul; and, he wanted me to drop the charges against Paul. Joseph could have been payed off.

The audio on Netflix would skip, and the video and audio were offset. Text in live, Gmail, and other websites was layered over in a way that made it blurred. Live (Outlook), Rigzone, and Gmail were reverted back to old versions; and, e-mails were deleted. Titles were hid from my viewing history in Netflix; and, contacts were deleted from my LinkedIn Account.

Flights were rerouted over 134 Gifford Avenue; and I noticed a red dot on my hand when I was in bed. Planes weren't allowed in the airspace over New York City. They started to fly over Manhattan to make me think there was going to be a terrorist event.

My USAA Credit Card, and Brazos Valley Schools Credit Union and TD Bank Accounts were hacked into. My credit score started going up and down; and, money was coming in and out of my accounts. TD Bank started to charge me overdraft fees for taking less than $100 Dollars out of my account the day I deposited a check. When I opened my account with TD Bank, $100 Dollars was available the day I deposited a check; and, I wasn't charged an overdraft fee for taking less than $100 Dollars out of my account the day I deposited a check. I spoke with USAA about my identity being stolen. They refused to give me their last names, e-mails, and phone numbers. They told me that my account didn't have any problems.

When I was listening to music on my Verizon iPhone, storefront text became blurry. When listening to Pandora and iHeart Radio, certain lyrics were intensified ["I, spot, run, ten, positive, con, high, 0, rose, tool, Paul, point, and adverbs (ly - "Robert E." Lee)"]. My head would twitch away from whatever I read, and my fingers would tap once or twice as lyrics were intensified. They attempted to turn everything into a "Masonic" Symbol as I crossed Duane Reade in Hell's Kitchen (Refer to Symbols and Context). My grandfather and father have Duane in their names and fought at D-Day and Vietnam. Davy Crockett sold fur in Hell's Kitchen before fighting for Texas' Independence.

The Skull and Crossbones, NAZIs, CIA, NSA, KBR, PKA, and KDR "called" me after Bilderberg Skyped into my television. Most of the members of PKA are from Westchester, and KDR is across the street from PKA. PKA and KDR may have family members that work for KBR and Johnson and Johnson. My step father had told me that some people were given the "call" (Synthetic Telepathy) to stay away from the World Trade Center on 9/11 (Who called in sick on 9/11?). People undercover in Al Qaeda and Taliban hijacked planes on 9/11, and attacked the Twin Towers. I have a step aunt on Park Avenue that called in sick on 9/11. She is part of the Dye Family. They work for a law firm on Park Avenue. She told me that some people on Park Avenue worship Satan. She later developed Cancer.

I went to visit Jennifer Spinning. She asked me to bring some wine, and I brought some roses to her. The glass she gave me might have had some poison lined in it. I immediately felt uneasy and tense. She said, "You're crazy." When George Washington Bush told Barbara Bush that he wanted to run for President of the United States Barbara Bush said, "You're Crazy." She told me she needed me to leave. I told her that I didn't want to leave without the wine and roses. She started to get violent with me. I was raised by a single mother and my father died when I was young; so, I didn't get violent. However, I didn't want to be taken advantage of. She pushed me to the door, and I put my foot in it to try and stop her from kicking me out with the wine and roses. I thought the wine might be poisoned; so, I pushed through the door and went to get the roses and wine. I noticed that elevators had a question mark on them when I tried to get to the lobby. This had happened at Pembroke Towers when I was poisoned by Allen and Jeff Sasson. She called security, and told them that I had been violent with her when I hadn't. I told them what had happened; and they said, "We think it's best if you don't come back."

She continued to call me; and told me to come over. When I got there; she told me that she hadn't called me, and asked why I was there. Security came to escort me out.

Kasey at Amsterdam Ale House asked me if I wanted to have a beer sample from the "cask." I drank the sample and immediately started to feel like I had been given a date rape drug. I knew that the Skull and Crossbones give their pledges GHB.

The Church of Scientology doesn't believe in doctors, and says that there are higher forms of life. Accelerated Cell Growth leads to tumors. It felt like there was something about the size of a pearl in my Frontal Lobe. PATH Conductors were going around turns to fast; starting and stopping randomly without saying they were being held temporarily by timing engineers; putting on air brakes; and, pulling the emergency brakes at random times. I had light sensitivity to the sun, and sound sensitivity to wheels screeching on the rails. After a week or two, it felt like the tumor had disappeared.

Potential members of NAZI secret society were waiting at the bar in Waldorf Astoria. They offered me a drink. I talked to them about my life, career, ideas, and being drawn into politics. He told me that Abraham Lincoln was one of the best American Presidents, and he walked off. Two of his friends told me he is one of the richest men in the world, and worth $1 Billion Dollars. Ask for the purchase order of a Danish Cauldron used at Wewelsburg by Himmler. Marsel Wonderlee's Company in Zurich went bankrupt, and he sold a Danish Cauldron to a man on Park Avenue that is in NAZI Secret Society in 2001 (Christies).

On April 1, 2015; I went to the Port Ambrose Hearing at New York City Hall. In the Fall of 2014 I saw that Michael Cuomo's father Andrew Cuomo had died. I found a flier for a meeting with Andrew Cuomo at the Harvard Club. After the Port Ambrose Hearing at New York City Hall, I met Clare Donahue and some other people from Sane Energy Project. On April 13, 2015; I went to the Harvard Club, and someone from Cuomo's Office was there. I told him that I was looking to design, engineer, procure, and construct the world's tallest building in Central Park; and, he gave me his card. There was a protest at the Harvard Room. He said that Andrew Cuomo wasn't there, and he took the flier.

I had been speaking with people from Washington, the United Nations, and City Hall about the Design, Engineering, Procurement, and Construction of the world's tallest building in Central Park. On April 16, 2015; I was listening to music as I was getting my plan together, and two park rangers came up to me. They told me that the great lawn wasn't open. I hadn't seen any signs showing what hours the Great Lawn was open; couldn't find an entrance; and, I had hopped the fence to get in. I showed them the card from the Governor's Office that I was given at the Harvard Club, and they wouldn't look at it. They were aggressive with me; and, I didn't like their tone. They refused to produce documents showing that the Great Lawn wasn't open, and that I couldn't be there. They refused to give me their badges numbers and names. The Park Rangers told me to walk with them to the exit of the park. They continued harassing me, and I asked where the exit was. They pointed towards the South, and there wasn't an exit

there. I had dealt with enough of their harassment, and tried to hop the fence to get out. They were acting unprofessional. They wanted me to leave the Great Lawn; and, I tried to leave as soon as possible. I hopped the fence. Three Park Rangers were on the other side of the fence. They grabbed me, and threw me to the ground. Some of my belongings fell on the ground, and they put me in handcuffs. I was taken to NYPD Great Lawn Precinct; and, I showed the card from the Governor's Office that I received from the Harvard Club to the Sergeant. He told me that he would file a complaint with Internal Affairs at 315 Hudson Street. A police officer at the NYPD Great Lawn Precinct told me that they are on a terrorist watch. I asked for the records the Sergeant had created, and the NYPD Great Lawn Precinct refused to produce them.

On April 13 or May 29, 2015; I was called from an unknown number offering me $10,000. Bill O'Reilly had told me that the cure to "HTP" costs 10,000 $/yr. I knew that people in the Skull and Crossbones recruit people to be in the CIA. I was given a "call" that the CIA or NSA wanted to hire me as an agent; and, I told them that I wouldn't ever work with the CIA or NSA. I received an e-mail from Barrister Steven Joseph saying that someone with the same last name as me had died and left 10,500,000 Dollars to my name. I forwarded my mother the e-mail, and told him that I wasn't interested. I received an e-mail from David C. Keung stating that I am next of kin to a Dr. McCain Adams Brinker. His funds were managed by a finance and investment manager in Hong Kong and Australia. They offered me his funds, and I decided not to accept them.

Anthony Atchley wrote to tell me that my e-mail account had been hacked into. In November 2014, the FBI provided a victim notification report to Penn State relating to suspicious cyber activity in the College of Engineering. By December 2014, the University was advised that computers in the College were the targets of an Advanced Persistent Threat. The college may have been attacked as early as September 2012 (Case # IR-6057). On July 5, 2012; my LinkedIn, Verizon and BVSCU Accounts were hacked into. I saw on the news that day that the Russians had hacked into LinkedIn.

The day after I threw away my phone, I woke up and Mike Lefevre and Paul Steinitz started to "call" me. Michael started by saying; "Paul, Paul, Paul...." The "calls" haven't stopped yet. Refer to the Quotes Section. They told me that they wanted to know what my plans were as a politician. I walked around the city giving speeches about what my vision for the world is, and how we can get there. I would look a map of the world on my wall. I went from country to country, telling them what I would do for each. They said that I could vote on ideas. I would try to communicate what I wanted to them by tapping my finger once for no, and twice for yes. My finger would twitch; and they would say, "Ralph voted on that."

I was in bed going about to go to sleep. I said, "I need to smoke a cigarette." I popped out of bed; and said, "No, I need a cigarette." I didn't mean to say it or pop out of bed like that. It was a forced reaction. I had a flight to Houston the next day; and they did this to make me think that I could be forced into hijacking a plane. I was walking through Lincoln Park, and I defended George W. Bush for what

happened on 9/11. Someone called me and said, "We hate you for liking Bush." They said, "You were always meant to burn."

They continued their calls, and tried to force me off of One World Trade Center the same way they did to Ruslana Korshunova. I wanted them to know that they couldn't ever get me to commit suicide. On July 12, 2015; I went to One WTC, bought a ticket to the observation deck, and went down to the basement. Someone from "Homeland Security," Durst Organization, or the Mob came up to me as I was dancing in line for the elevator. He told me that I had to give him the ticket to the observation deck, and leave the premises. I told him he had no reason to harass me. I lied down on the ground, because he was being forceful; and I wanted him to know I wasn't resisting arrest. He took me to the NYPD. They were outside, at the entrance to One World Trade Center. They asked me to get out of the way of the entrance to One World Trade Center, and we went to the side of the entrance. I asked for my ticket to the Observation Deck; they wouldn't give it to me; and, I told them I wouldn't leave without it. The NYPD continued to harass me. I asked them for their names and badge numbers. They wouldn't give them to me, and I told them to arrest me. They took me to a temporary holding cell at the NYPD (1st Precinct). Around 7:30 PM, three men who looked like they could be in the mob took me out of my cell. My fingerprints were taken. They took me upstairs, and talked to me. I was given a "call" that said, "Bilderberg." Their reactions immediately changed, and they all smiled. They told me to come with them; however, they didn't say where they were going to take me. I was taken to a prison at 100 Centre Street at 9:05PM. I was put in Cell 10 (Basement). I was given "calls" when I was in the cell. I lied down in the cell; an inmate came up to me; and I was beaten. They assigned me an Attorney from the Legal Aid Society named Ya Li. She told me that all the charges had been dropped. I came out of the 100 Centre Street; felt the same way Ruslana felt; received multiple "calls;" smoked a cigarette; and, the calls stopped.

I had been given a "vision" of Geronimo's Skull in front of Tavern on the Green. I knew that I had been given GHB, and I wanted the "calls" to stop. I knew the Skull and Crossbones were started in Yale. My account had been hacked into, and I didn't have much money. I wanted to save money, and I decided to walk from New Jersey to Connecticut. On July 28, 2015; I was pulled over by four police officers on the way to talk to the Skull and Crossbones in Yale. They coerce pledges into climbing the Tomb wall, going across the roof, and coming in through the chimney. I knocked on the door, and they wouldn't let me in. They have a "god" called Haddad. My father died of AIDS when I was in 4th Grade. I was given a "call" to stay the night in Yale. I knew that the Skull and Crossbones would try to coerce me; I had a feeling they would want me to dig up a grave; and, I decided to leave. I was given a "call" that the CIA or NSA wanted to hire me as an agent; and, I told them that I wouldn't ever work with the CIA or NSA. On August 12, 2015; I was listening to music on my iPhone, and I lost my singing voice. Radiotherapy may be the reason I lost my voice.

On August 6, 2015; I asked someone if they could let me through the turnstile at Journal Square. I didn't have any money at the time. They let me through, and I walked down to Track 1 and 2 towards New York City. Three police officers in street clothes came up to me, and they told me that I was getting a

**Jason Brinker vs. The Bilderberg Group**

ticket for soliciting. I thought they may have been with the mob, and I questioned their badges. They refused to tell me their names and badge numbers. I was scheduled to go to the Jersey City Municipal Court on September 18, 2015. The judge dropped the charges, and they wouldn't print out the records from court.

The CIA tried to hire me, I turned them down, and they kept records on me. When they started to try to brainwash me, they listened to everything I would say. They had attempted to murder me, and they told me that I would be a slave. Whenever I would try to talk to someone; they would prevent me from thinking, and repeated back what I would have said. They started to change the wording, and would try to make me say things that I didn't want to say. They wanted to prevent me from talking to people. They tried to force me to marry Jennifer Spinning. When the Skull and Bones, CIA, and NSA realized they couldn't murder or force me to marry Jennifer Spinning; they tried to brainwash me into a gay fascist dictator. They told me they would watch me have sex with any women I met. I refused to go out with any women, because I didn't want 740 Park Avenue, the Secret Societies, CIA, and NSA to watch. They tried to make force me to be a homosexual pedophile by using Ultra Paranoid Computing to force me to look at men and children. When they realized I wouldn't become a pedophile; the Secret Societies, CIA, and NSA tried to force me to marry Jennifer Spinning again. Jennifer Spinning called me; and, told me that she wanted to have sex with me. I told her that I wouldn't. They tried to take away my Freedom of Speech; so, I wouldn't be able to find another woman.

I was given a Plaintiff's Original Petition from the District Court of Harris County Texas. The citation was issued on August 27, 2015. The Plaintiff's Original Petition stated that I may have been sued, in response to the car accident on August 13, 2015. I had filed a police report and called USAA after the car accident. The Plaintiff's Original Petition stated different facts from the day of the accident.

The CIA brings in your friends, family, and coworkers; and asks them questions about your life, what you have done with them, and your personality. The Skull and Crossbones, CIA, NSA, KBR, etc... were asking me questions about my life, work experience, and how I would respond to their arguments in court. They said, "We are taking your knowledge and giving it to Mike for his entrance into politics." The NSA had hacked into my computer, and they prevented me from watching movies on Netflix. They tortured me to the point where I started to get a case together against them. I started to feel like the top of my brain was being shocked at a low voltage, and it felt like radiation was being directed towards my head and face. They would shock my brain; I would twitch; and they would try to give me "physical and verbal" cues. They threatened to try to make me into HHH at Citi Field for the World Series at the World's Fair Grounds in Queens. Instead of killing people, they said they were going to strategically set up cases for me, and that I would only be free of them if I followed their orders.

On November 8, 2015; 200 e-mails were erased from my G-Mail Account. I wrote down that the e-mails had been deleted. Within a few minutes the e-mails were put back in my inbox. However, an e-mail from Kate Skolnick asking me for the summons number was deleted. I e-mailed her the summons

number, and asked her for the e-mail. She sent me a different e-mail. Jan Hoth wanted to have someone from Brooklyn Law School handle my appeal. When I met Jennifer Spinning, she was with a friend from Brooklyn Law School. On April 16, 2015; The Sergeant at the NYPD Great Lawn Precinct had taken photos of my hand, and I showed him a card from Governor Cuomo's Office. Jan Hoth told me that new evidence couldn't be brought into my case.

On November 28, 2015; I went to the Verizon Wireless Store on 42nd Street around 4:30PM. They took out my old SIM Card (89148000001906893226), and replaced it (89148000002086259980). My text messages, voicemail, and photographs wouldn't download to my phone. I was being "called" by the Skull and Bones. I entered a new password for my iPhone, and they repeated it back to me.

On December 3, 2015; I made an appointment at the Microsoft Store at 677 5th Avenue. I told Jevon that 6 months of e-mails had been deleted from my e-mail address on live.com (Case#: 1315958478). I told Jevon that my computer had been hacked into. Internet Explorer wouldn't open live.com; Windows Network Diagnostics couldn't identify the problem; and, Jevon was able to do something to get live.com to open. He told me that there may be malware giving "Root" access. My computer was hacked into, and live.com wouldn't open. I wanted to run a diagnostic on my computer; and, I needed to make sure that I could get any potential evidence for this case. He told me that I would need to talk to a manager; I spoke with Ariel Torres and Sarah May; and, she referred me to Mariell Ruiz. I told Mariell that the CIA and KBR had hacked into my computer; and, she wrote down every problem I had with my computer in her "Notes from Appointment, and Diagnostic." Mariell told me that she could give me a printout of the "Notes from Appointment." She asked me if my mouse was moving around on its own; I told her yes; and, my mouse moved around on the screen when I was talking with her. She went to speak with management. An MS-Dos Application called technet.microsoft was installed on my flash drive. I remembered that I had an interview with someone who works with the executives at Microsoft. She came back with Meghan Hunter. They told me that they couldn't give me the printouts; said they were going to shred everything; and told me I would have to contact the Law Department. I asked for their last names. Meghan told me that she wouldn't give her last name to me. She said she was the only Meghan there.

On December 4, 2015; I called someone at Verizon Wireless at 9:20PM. Customer Service told me that my voicemails, text messages, and photographs wouldn't download; because, they had changed the SIM Card. During the call, I felt a fuzzy feeling around my brain. I was "called." They said calling Verizon was one of the biggest mistakes of my life; and, I had become the Skull and Bone who wanted to "become" me. I started to feel low voltage "shocks" around my brain; I was twitched occasionally; they were putting ideas and visions of themselves through my brain when I was thinking of myself while I was listening to music; and, they tried to predict my actions. They wanted me to forget who I was before they started brainwashing me. They made the twitches less noticeable; and, tried to make me think they were choosing my actions for me. They would try to make me think of the Skull and Bone they wanted me to act like. They told me that he would prompt me on the stand. They wanted to make sure that

they would get off. They told me that "Satan" had fully possessed me when I was watching *Madame Secretary*; and pushed propaganda, "ideas," that the Democrats were responsible for the brainwashing. The Skull and Bones had told me that they were going to try to make me into John Hinckley.

On December 8, 2015; I went to 100 Centre Street to get the Certificate of Disposition, and records from when "Homeland Security," Durst Organization, or Mob, and the NYPD wrongfully arrested me on July 12, 2015 (4PM). I spoke with the Supervisor in Room 404, and she gave me the records of my arrest. The Fingerprint Response Summary from my wrongful arrest on July 12, 2015 says that my hair color is blonde, eyes are brown, and I am 5'8". My hair is brown, eyes are blue, and I am 5'11". I went to One World Trade Center, and met with Hippo… Petra, and "(Names of Employees at the Front Desk)" to get the record of purchasing a ticket to go to the Observation Deck on July 12, 2015. They couldn't find the record of the transaction, and they said they would need to call their Supervisor. I told them I was going downstairs to talk to Security. I asked Claude Lafong if there was a camera pointing where "Homeland Security," Durst Organization, or the Mob had wrongfully arrested me. He asked to see the records from 100 Centre Street. He told me I would have to get a lawyer to get video and name of the Security Officer, "Homeland Security" Officer, man in the mob that arrested me. He had me come with him to where I had been assaulted, Joseph Dunn came out, and Claude Lafong told me to wait while he took the records from 100 Centre Street to the back. When he came back, all the records were out of order. "(Names of Employees at Front Desk)" told me that she spoke with her Supervisor, and that she would have to sort through all the transactions from July. Claude Lafong said, "Our business is concluded." I went upstairs to talk with Hippo… Petra about talking with her Supervisor. Claude Lafong came upstairs, prevented me from getting the record of purchasing a ticket to go to the Observation Deck, and told me to leave the premises. I asked him if it was legal to copy the record from July 12, 2015. He said he had written down some information from the record. I asked if he was with a Private Contractor or in Public Defense. I asked the Port Authority Police Officer J Kopec (Badge Number 3420) for his name and badge number. He had witnessed us speaking. On December 9, 2015; I went to 100 Centre Street (4PM), and spoke with the Supervisor in Room 404. She told me that Durst Organization shouldn't have taken my records from when "Homeland Security," Durst Organization, or Mob, and the NYPD wrongfully arrested me on July 12, 2015. I told her I thought they may have copied the documents, made PDFs of them, altered the PDFs, and gave them back to me. She let me look over the original documents. She told me all of them were there; however, she took the records before I could make sure the information on the Fingerprint Response, Additional Fingerprint Response, Fingerprint Response Summary, and Criminal Justice Agency Interview had not been altered. She told me that I could come back for a copy of the original records in a week.

On December 22, 2015; I went to Lexington Dental to get a teeth cleaning. I told the dentist someone had put something in some water, and my gums receded. She told me it could be an acid. I have never had any cavities in my life. The dentist told me I had three cavities. I didn't think that I had any cavities. I asked the receptionist for my X-Rays. The X-Rays of my teeth said John instead of Jason; and, the receptionist crossed out John, and wrote Jason. The CIA, NSA, and Secret Societies told me that they

were going to murder me or make me commit suicide; get a body double; use my resume; and, get him to start up the Pink Party as a Republican. In October 2015, they were asking me questions about my life, work experience, and how I would respond to their arguments in court. They said, "We are taking your knowledge and giving it to Mike for his entrance into politics." They had told me that they couldn't find a body double for me. On December 23, 2015; I had an appointment at Katy Vision Center at 11AM. The receptionist asked for my number. They had a number in their system that wasn't mine or my mothers. I asked the receptionist if someone had come in under my name; and, she told me they hadn't. I told the eye doctor that I had been poisoned and that my eyes were moving involuntarily. She told me that there wasn't anything wrong with my eyes when we looked at the Retinal Scan. Retinal Scanners use passwords or Smart Cards for security.

On December 24, 2015; there was a Windows System Alert on my mother's computer. It said the system had been infected due to an unexpected error. I called Sam Harris at Comcast (1-855-454-7616) at 5:38PM. He said that 13 users were signed onto my network connection.

Blake Riddle texted to tell me a bureau was looking for me. I set up my Epson WF-7610 Printer (S9DY068908). Before I could register my printer, the ink was shown to be low. Drivers are installed before Firmware. Smart Cards are installed in printers. The CIA or NSA could have the opportunity to hack into printers before installing Firmware. Adobe Reader wouldn't open PDF anymore, and my printer wouldn't scan to PDF. The printer wouldn't recognize my flash drive. When I took a video, the flash drive was recognized. The flash drive wasn't recognized again when I stopped taking video of the printer.

My iPhone was hacked into; and my fingerprint was erased, the backlight would get brighter and dimmer, text was layered, songs would skip halfway through in Pandora Radio, and the alarm on my iPhone was shut off when I was asleep.

On January 28, 2015; I was assaulted at 90 Church Street. I told the security guard that I have a case against the CIA and NSA. He told me that I had no business being there. He refused to give me his name and number; and, I took a picture of him. He pushed me, kicked my phone, and put his hands on my face. The NYPD said that I shouldn't file a report with them.

February 22, 2016; I had an appointment with the Netherlands Reception at the State of the Netherlands Consulate. They referred me to the Permanent Mission of the Kingdom of the Netherlands to the UN. I was referred to Aafke Ariaans, Alexander Jansen, and Norbert Moerkens.

On February 24, 2016; I was referred to the Civilian Complaint Review Board by the Mayor's Office of Criminal Justice Chief of Staff, Marcos F Soler. William Maclure said that they had a different number for me in their system. The CCRB had my number as (201)946-7878, instead of (281)723-1555. People have been calling me, and telling me that they have been receiving calls from me. William Maclure called me

**Jason Brinker vs. The Bilderberg Group**

on February 19, and we set up an appointment on February 24 at 3:30PM (CCRB Case Number 20160118).

I was referred to the IAB by the Mayor's Office of Criminal Justice Chief of Staff, Marcos F Soler. I told Detective Cruzado and PO Denis how the CIA and Skull and Crossbones are trying to recruit me; and how I had been assaulted on April 16, 2015 and wrongfully arrested on July 12, 2015. I filed a report with IAB (Log No. 2016-4235). On February 26, 2016; Someone let me through a turnstile at the Columbus Circle Subway. Two NYPD Officers told me that I had a warrant out for my arrest in Brooklyn, and took me to 100 Centre Street. I told them I haven't been to Brooklyn since April 2015. My Public Defender from the Legal Aid Society told me that the warrant was in Manhattan. On February 16, Jan Hoth called to tell me she was going to put a stay on my warrant from my wrongful arrest on July 12, 2015. I had filed a report with IAB. I went to the Columbus Circle Precinct to get my belongings. Officer Gonzalez at the Columbus Circle Precinct told me the CIA had tried to recruit him. He said that he didn't want to be a slave.

On March 4, 2016; I was referred to the New York State Division of Human Rights by the District Court. I filed complaints against the Skull and Crossbones, FBI, NSA, KBR, Turner, Skanska, Littler, Apple, Microsoft, Verizon, and Lockheed Martin. I filed a complaint against the CIA on March 9, 2016.

On March 7, 2016; I was referred to the Equal Employment Opportunity Commission by the District Court. Frank referred me to the FBI.

March 8, 2016; I was referred to the FBI by the EEOC. I went to 26 Federal Plaza, and spoke with D Rocca at 9:45AM. I told him that the CIA is trying to recruit me; my checking accounts, credit card, computer, and iPhone have been hacked into; the Central Park Rangers assaulted me; the NYPD wrongfully arrested me; and, I filed a report with the IAB and was wrongfully arrested again. He told me the FBI wouldn't take my case, and referred me to the NYPD. In November 2014, The FBI had provided a victim notification report to Penn State; and, Penn State confirmed that my Social Security Number was compromised.

On March 9, 2016; I went to 163 W 125th Street. Charles B. Rangel's Office referred me to District Attorney Cyrus R Vance. Security at Cyrus R Vance's Office referred me to 1 W 125th Street and Attorney General Eric Shneiderman's. Roberto Lebron referred me to the NYPD and District Attorney Cyrus R Vance. At the visitors entrance to 1 Police Plaza Vienna wouldn't let me in; and, she referred me to the NYPD 5th Precinct. At the 5th Precinct, Zheng asked me if I would go to Bellevue Hospital with him in an ambulance.

On March 10, 2016; Cyrus R Vance's Office told me that they wouldn't discuss my case with me until I went to the Appellate Court for the wrongful arrest on July 12, 2015. I went to Bill Perkin's Office, and Linda Wood-Guy said she would look into scheduling a meeting with Bill Perkin's. I told Francisco at

Assemblyman Keith LT Wright's Office that I went to the IAB, CCRB, DA, and AG. Francisco asked me if I had a lawyer.

An e-mail from Kate Skolnick was deleted from my g-mail account. Jan Hoth wanted to have someone from Brooklyn Law School handle my appeal. When I met Jennifer Spinning, she was with a friend from Brooklyn Law School. The Sargent at the NYPD Great Lawn Precinct had taken photos of my hand, and I showed him the card from Governor Cuomo's Office. Jan Hoth told me that new evidence couldn't be brought into my case.

Francisco referred me to the Legal Aid Society. I told Francisco that the Legal Aid Society represented me when I was wrongfully arrested on July 12, 2015, and the DA told me that they wouldn't discuss my case with me until I went to the Appellate Court.

I went to the Columbus Circle NYPD Precinct. One of the officers who was there on February 26th told me that he couldn't print out the police report from February 26, 2016; and, he said that the docket number for the warrant from Brooklyn was B2015103745. He said they would be able to give me the warrant at 54th and 8th Avenue. An officer at 54th and 8th Avenue told me to go to 100 Centre Street (Room 132). I went to Room 132, and they referred me to Room 131. Mrs. Miller told me that B2015103745 is an incomplete Docket. 100 Centre Street has only had around 90,000 dockets this year.

On March 11, 2016; I went to the Criminal Court of the City of New York at 120 Schermerhorn Street. The court clerk told me that they couldn't find a record of the warrant from Brooklyn. The NYPD at Columbus Circle wouldn't print out the police report from February 26, 2016. They said that I needed to call Jan Hoth to see if she put a stay on my warrant from Manhattan before February 26, 2016. They said that my warrant in Manhattan had been vacated.

On March 14, 2016; I went to 26 Federal Plaza, and spoke with D Rocca. I showed him case # IR-6057 from Anthony Atchley, Senior Associate Dean in the College of Engineering at Penn State.

In late November 2014, the Federal Bureau of Investigation provided a victim notification report to Penn State relating to suspicious cyber activity directed at certain systems and computers in the College of Engineering. Penn State immediately launched a comprehensive internal investigation into the FBI's report and retained leading third-party computer forensic experts to assist in the investigation. By December 2014, the university was advised that several systems and computers in the college were the targets of highly sophisticated cyber-attacks, often referred to as an Advanced Persistent Threat. In such an attack, the intruders orchestrate covert targeted attacks to gain access to a system and then employ sophisticated evasion techniques to remain undetected, sometimes for years. In this situation, there are indicators that suggest that a system or computer within the college may have been attacked as early as September 2012, and the intruders used sophisticated techniques to remain undetected. Based on further investigation into the attacks, we learned that personally identifiable information was contained

on a system or computer within the college that may have been compromised in or around April 2014. My personal information resided on a compromised system or computer within the college.

D Rocca told me that the FBI wouldn't take my case. I went to the US Department of Health and Human Services, and filed a Civil Rights Complaint with Robert Churila [(212)264-8900]. He said that he would see if they have jurisdiction.

I went to the JCPD at 1 Jackson Street. I gave Zachowski a summary of my case, "Brainwashing," and *Scientific American: The Brain's GPS*. He told me to come back on March 15, 2016; and file a police report.

On March 15, 2016; I went to the JCPD at 1 Jackson Street, and spoke with T Engleke. He told me they don't have jurisdiction in federal cases. He told me to go to 26 Federal Plaza, the Hudson County Prosecutors Office, and the Homicide Squad.

On March 16, 2016; I called the FBI at 26 Federal Plaza (212-384-1000 Ext 1 and 2) at 11:44AM to report hate crimes; excessive force or other constitutional violations, human trafficking and involuntary servitude; force, threats, or physical obstruction to interfere with access to reproductive health care services; force or threats to interfere with the exercise of religious beliefs; and force or threats to interfere with the right to vote based on race, color, national origin, or religion. I told a woman at the FBI that I went to college during the Jerry Sandusky Scandal. I worked for Technip at the XOM Billings Refinery, built by KBR. After the Deepwater Horizon Incident, I worked with WEST Engineering Services; and certified the first post-Macondo deepwater exploratory well program in the Gulf of Mexico. I wrote on a Houston Chronicle blog about the Jerry Sandusky Case that women were being given GHB, Rohypnol, and other date rape drugs and being taken advantage of. The Skull and Crossbones kicked off of Penn State Campus around 1999. Joe Paterno fired Jerry Sandusky after non guilty verdict in 1999. The DA's car found at bottom of lake after 3rd trial; and, his hard drive was missing from the computer. Denise from Rigzone called me; and, told me that the CIA was trying to recruit me. She told me that I could only talk about the CIA recruiting me with my wife. I don't have a wife; and, I thought that they were infringing on my Freedom of Speech; and, I told Whitney Cleland and my mother that the CIA were trying to recruit me. I went to a Rigzone Career Fair. I spoke with Koch Pipeline. Someone I interviewed with at the career fair turned my hand upright with the Masonic Hand Shake. Someone from the NSA spoke with me, and I told him about how the CIA tried to recruit me. The FBI hung up on me.

I went to the NYPL on 40th Street and 5th Avenue. Someone had made a reservation on my account. I told the 4th floor that my identity had been stolen. They said to go to the 1st floor, and get a new library card. The 1st floor told me that the 4th floor would be able to tell me what time the reservation was made. The 4th floor told me that I they wouldn't tell me what time the reservation was made, and told me to get a new library card. I went to the NYPL in Bryant Park, and someone told me that there were *no records of a reservation on my account. I showed him that a reservation had been made, and he told*

me he couldn't tell me what time the reservation had been made. He made a reservation for me; I signed into my account; and the size of the logos on my desktop had been changed from the normal size to large.

On March 17, 2016; I went to 26 Federal Plaza, and spoke with D Rocca. I told him that the Department of Health and Human Services, and the JCPD told me that my case was in the FBIs jurisdiction. He told me that my case didn't have anything to do with them; and, he gave me their e-mail (NY@FBI.GOV). I spoke with three people from Social Security. They told me to speak with the FBI; brought me to D Rocca at 11:30AM; and he told them I had been there multiple times, had no business there, and that I need to see a physician. He referred me to a Homeland Security Police Officer. He referred me to the FBI at 970 Broad Street in Newark, and the NYPD Terrorism Task Force.

On March 18, 2016; I e-mailed the FBI at NY@FBI.GOV. D Rocca gave me the wrong e-mail address for the FBI. MAILER-DAEMON sent me an e-mail saying, "The following message to <ny@ic.fbi.gov> was undeliverable. The reason for the problem: 5.1.0 - Unknown address error 550-'#5.1.0 Address rejected.'"

On March 21, 2016; I was referred to 1 Police Plaza by a Homeland Security Police Officer at 26 Federal Plaza. 1 Police Plaza wouldn't let me speak with the NYPD Terrorism Task Force. I called (888)791-3237; and, I spoke with Detective Figueroa from the NYPD Terrorism Task Force.

At 3:07PM on March 23, 2016; I called the Department of Homeland Security at 1(866)347-2423. I reported Child Pornography/Exploitation. I was given a notice that Junior Achievement was looking for people from KBR to volunteer. I spoke with the woman who was running the charity, talked about being from Penn State, and how I had met Joe Paterno. She immediately went up to the CEO and said, "We have one from Penn State, I think we have a problem." The CEO stared me down. My Project Directors at KBR used to work in the Monterrey Office. I immediately assumed they were trafficking children. More Mexicans have been trafficked on I-10 than anywhere else in the world (Telephone Road). The Military, KBR, DEA, and Immigration may be importing families from Latin America. They sent me to teach children how to start a business in Galena Park. They may use charities like Junior Achievement to recruit fang members, promote sex slavery, and child pornography. Ralph told me KBR was looking to move their headquarters to the Woodlands. Arrow Child and Family Industries is located in Spring, TX. Arrow Child and Family Industries is located in between most of the major operators and general contractors in Houston, TX. Look into KBR trafficking children from Iraq, Saudi Arabia, and Monterrey into the US. Whitney Cleland told me that some of her students were going to KBR for an information session. KBR may be recruiting students in high school to work with the NSA, CIA, or Defense Contractors.

On March 25, 2016; I called the FBI [(301)688-1818] at 2:00PM; and, I spoke with someone at the FBI. He told me to come to 26 Federal Plaza and speak with a Duty Agent. I told him that Social Security and the Department of Health and Human Services referred me to the FBI; and, D Rocca referred me to the

NYPD. I told him that I had been assaulted by the NYPD; and, the CIA had tried to recruit me. I told him when I told him I worked for KBR, Homeland Security started to follow me home, and hit men would track me down on Mason Creek. He hung up on me.

~~From March 31 – April 1, 2016; I wanted to get the e-mail address for the~~ New York State Supreme Court Justices, and Justices at the Federal Supreme Court. I went to the Appellate Division in Madison Square; they referred me to 80 Centre Street; the New York State Supreme Court Clerk's Office referred me to Room 116, 60 Centre Street ; they referred me to the US Attorney's Office on the 5th Floor, 500 Pearl Street; and Eldridge referred me to the US Attorneys at 1 St. Andrews Plaza. Security wouldn't let me in; and, they told me to leave a complaint with them.

The NYPD Counterterrorism Bureau referred me to the NYPD PBMS in Times Square. Officer Hughes (Badge Number 31491)asked for my name; however, he wouldn't let me make a police report.

On April 5, 2016; I spoke with the Civil Clerk, Haojun Li, at the US Attorney's Civil Division at 86 Chambers Street. He told me to go to 1 St. Andrews Street, and give my Criminal Complaint to the Criminal Clerk.  At 12:19PM, I called the US Attorney's Main Office and Criminal Division at (212)637-2200. I gave my Criminal Complaint to Maxwell Meyers, and he gave it to the AUSA, Michael Neff.

On April 13, 2016; I spoke with someone from PAPD at the WTC Path Station. I had told PAPD that I need to report a terrorist threat. I was referred to PA Legal in Newark and on Park Avenue. He told me that PA Legal is in 4WTC. I told security at 4WTC that I need to report a terrorist threat. I showed them "Bilderberg (Flight to Houston and Journal Square Bomb Threat)." The police were called. I told them about my career; Rigzone attempting to recruit me for the CIA; KBR (Ralph Daves and the Skull and Crossbones), DHS, and the hitmen tracking me down on Mason Creek; and my interviews with Turner, Tishman, Skanska, and STV. I told them the CIA was attempting to coerce me to work with them, and force me through the Intelligence Process. I said they are Gang Stalking; and using Cognitive Computing, Brain Powered Machine Leaning, and Ultraparanoid Computing on me. I told them to call Denise from Rigzone; that she is working somewhere else now; and to get her number from Rigzone. They called an ambulance (NYFD), and told me I should get a mental evaluation. They told me I had to go with either the police or in the ambulance. I told them I wanted to go with the police, and they made me go in the ambulance. They didn't give me an option. I was admitted as an involuntary patient at the Psychiatric Unit of Beth Israel on April 13, 2016.

I had filed human rights violations against the CIA, NSA, FBI, KBR, Turner, Skanska, the Skull and Crossbones, Apple, Microsoft, Lockheed Martin, etc…. The FBI came to Beth Israel, and security was stationed around my room. Detectives came to Beth Israel, and they weren't allowed to speak with me.

I didn't want to take any medication (Risperidone, Lorazepam, Benztropine, Olanzapine, Haloperidol, Abilify, and Quetiapine) that has the same side effects as what I have been experiencing since February

2015. Kidney, Liver, and Thyroid Issues prevent medication from digesting, and can cause side effects. Low Thyroid Levels cause decreased energy. My energy had been increasing and decreasing since October 2015. KBR has an office next to Johnson and Johnson in Wilmington, Delaware; Koch and Woody Johnson live in 740 Park; and, Johnson and Johnson's lawyers may say that what I have been experience since February 2015 is because of the medication they wanted me to take at Mount Sinai. Dr. Rosenthal said he wouldn't go over my case with me. He said the case had nothing to do with why I am at Beth Israel. I told him my e-mails to Skanska said that one of my friends' sister worked with Joan Rovers; and, Joan Rivers died from being given the wrong amount of Anesthesia at Mount Sinai. These e-mails were sent to Littler, and then to the government. I told Dr. Rosenthal my e-mails to Skanska tie Mount Sinai to the Skull and Crossbones and CIA. The Skull and Crossbones recruit for the CIA and work in the Medical Industry. Turner used to work in Mount Sinai. Dr. Rosenthal said they may take me to court. He told me I couldn't use a computer to see if a lawyer had taken my case.

I was given an Order to Show Cause, Petition, Verification, Affirmation, Attorney's Affirmation, and Evaluation For Treatment Over Objection. Incorrect information was stated on the Order to Show Cause, Petition, Affirmation, and Evaluation For Treatment Over Objection.

A hearing was held on April 26, 2016 with Alexander W. Hunter Jr.; and, it appeared to his satisfaction that I am not mentally ill, inpatient care and treatment are not essential for my welfare, and my judgment is not so impaired that I am unable to understand the need for such care and treatment. It was ordered that I be released. (Refer to Court Order For Release or Retention of Patient)

On May 16, 2016; I went to the City Hall Library at 31 Chambers Street and used one of their computers. Words were blinking on G-Mail; and, text was moving up and down.

### Nova: Rise of the Drones and Rise of the Hackers

Marry "Missy" Cummings (MIT Humans and Automation Lab) - UVAs were not meant to be armed and could be used for espionage. After 9/11, countless civilians were targeted. In Brookshire, TX; BAE Systems has a factory near WEST Engineering Services. ARGUS is an all seeing eye using a Wide Area Persistent Stare. ARGUS is used to fly over the same area 24 hours a day. ARGUS streams, records, and archives everything; and, its use has been classified in the field.

Vijay Kumar (University of Pennsylvania) – GRASP is funded by the military. Autonomous Drones use Specified Relative Distance to predict movement and shape of objects and adjust accordingly. Laser Range Finders measure distance to obstacles, and Depth Cameras create 3D information about surroundings. Drones communicate with a central computer. They are trying to do this without any external sensing or GPS. In principal they can do this. The Neuromuscular System has a delay of 80 milliseconds to 200 milliseconds before taking an action to what you see. Rate Gyroscopes allow drones to orient themselves. Semicircular Canals in the brain, located near the ears, tell us orientation.

Accelerometers allow robots to measure acceleration in the lateral direction; and, analogs to the Odelet Organs measure acceleration of the human head.

Patrick Lincoln (SRI International) – Ultraparanoid Computing uses Implanting Sequence Information to create muscle memory.

Daniel Sanchez – Performance and motor abilities can tell you who we are. A computer takes data on the train sequence versus the novel sequence they've never performed before. Information is stored in people's brains without them knowing it by imbedding it in your muscle memory by the Basil Ganglia. The conscious mind can't pick it out. The subconscious recognizes the sequence as it is repeated. People aren't told the sequence is repeating. As it repeats over and over again; a unique muscle memory is created in the brain; and, they perform the sequence. They perform the sequence even though they don't know it's being repeated. Gradually, they get better and better at performing the sequence. After 45 minutes, improved performance on that sequence becomes your subliminal password.

Paul Eremenko (Deputy Director, TTO, DARPA) - "If you were to ask most autonomy researchers or AI researchers if the rise of the machines scenario is a real concern; they would say, "We should be so lucky." If we could get slivers of that adaptive and cognitive ability into systems; that would be a major breakthrough."

## Conclusion

My American History Teacher taught John Hinckley. John Hinckley was recruited by the Skull and Bones, FBI, NSA, or CIA. They told him that they were Satan; and brainwashed him. Reagan knew that the CIA, NSA, and Skull and Bones were brainwashing American Citizens. Reagan pledged to investigate Secret Societies in 1980; and, he said he wouldn't ever accept George Bush Sr. as a running mate. The team of agents tortured Hinckley all the way to Reagan; and, John Hinckley attempted to murder Reagan. Reagan was shot a month after accepting George Bush Sr. as a running mate. George Bush Sr. wanted to set up his Presidential Campaign in 1988.

My Psychology Professor at Penn State told me that there is still slavery around the world, even in the United States. Adelaide Conrad McKnight Cuneo told me that her family used to be slave owners in New Orleans. After her grandfather was given a call by the military from one of the first satellite phones, her family bought most of the airspace in the United States.

The Skull and Bones use satellites, drones, cell phones, telemetry, and internal tracking devices to try to force people into the NSA, CIA, FBI, slavery, or into becoming murderers. Most of the people they ask to come in for an interview turn them down. They feel ashamed that they can't recruit enough agents, and try to force them into the bureau. The agents that join the bureau are less intelligent than the ones that turn them down, and they try to torture them into joining. They assemble teams of people to try and brainwash them. Whenever someone can't be brainwashed, they try to turn him into a murderer.

Defense Contractors may be using this technology in the prison system, and in lower and middle class neighborhoods.

Rand Paul proposed legislation to limit domestic use of drones.

Facebook became popular in South America, and Mark Zuckerberg decided to provide internet service to Brazil with drones. The CIA could be using this technology to spy, brainwash, and create a microchip population in South America. The Summer Olympics are starting in Rio De Janairo on August 5, 2016. The Skull and Crossbones and CIA are probably going to try to use this technology at the Olympics.

My cell phone, computer, and checking and credit card accounts were hacked into; I was put on a segregated feed; and they commit idea theft by using Wi-Fi, Cognitive Computing, Brain Powered Machine Learning, and Ultraparanoid Computing. They gave me death threats, and attempted to make me commit suicide. The CIA and Bilderberg couldn't convince me to be President. They couldn't get me to commit suicide or assault/murder anyone. I wanted to get the harassment to stop. I was tortured to the point that I decided I had to get a case together to end the harassment. They used Ultraparanoid Computing when I typed to try to prevent me from getting the case together. Members of fraternities and secret societies would try to suppress memories and attempt to write my case for me. They tried to make me put misinformation in my case. They tried to build my case in a way that would lead to the same result KBR had with Jamie Leigh Jones. They prevented me from revising my case.

# Laws Broken or Potentially Broken by KBR, CIA, NSA, Secret Societies, and Bilderberg

**Embezzlement: Refer to Work Experience (KBR Nigerian Scandal) and Bilderberg (Rasweiler Group Trust Fund)**

Embezzlement is defined in most states as theft/larceny of assets (money or property) by a person in a position of trust or responsibility over those assets. Embezzlement typically occurs in the employment and corporate settings. Accounting embezzlement, a common form of the crime, is the manipulation of accounting records to hide theft of funds. Offenders are given lawful possession of the property, and then are accused of converting the property to their personal use. A person is often given access to someone else's property or money for the purposes of managing, monitoring, and/or using the assets for the owner's best interests, but then covertly misappropriates the assets for his/her own personal gain and use, this is an example of embezzlement.

**Money Laundering: Refer to Work Experience (KBR Nigerian Scandal) and Bilderberg (Rasweiler Group Trust Fund)**

Money laundering statutes make it a crime to transfer money derived from almost any criminal activity (including organized crime, white-collar offenses, and drug transactions) into seemingly legitimate channels, in an attempt to disguise the origin of the funds.

**Illegal Trafficking of Drugs, Firearms, or People: Refer to Second Mile and Work Experience (KBR)**

**Child Abandonment: Refer to Second Mile, Work Experience (KBR), Brainwashing, and Bilderberg**

Child abandonment occurs when a parent, guardian, or person in charge of a child either deserts a child without any regard for the child's physical health, safety or welfare and with the intention of wholly abandoning the child, or in some instances, fails to provide necessary care for a child living under their roof.

While child abandonment typically involves physical abandonment - such as leaving a child at a stranger's doorstep when no one is home -- it may also include extreme cases of emotional abandonment -- such as when a "work-a-holic" parent offers little or no physical contact or emotional support over long periods of time.

Laws Broken

Unfortunately, abandoned children (also called "foundlings") who do not get their needs met often grow up with low self-esteem, emotional dependency, helplessness, and other issues.

## Child Pornography: Refer to Second Mile, Work Experience (KBR), Brainwashing, and Bilderberg

Federal and state laws make it a crime to produce, possess, distribute, or sell pornographic materials that exploit or portray a minor (under the age of 18). Increasingly, child pornography laws are being utilized to punish use of computer technology and the Internet to obtain, share, and distribute pornographic material involving children, including images and films.

Federal laws addressing child pornography are:

U.S.C. § 2251- Sexual Exploitation of Children
(Production of child pornography)

18 U.S.C. § 2251A- Selling and Buying of Children

18 U.S.C. § 2252- Certain activities relating to material involving the sexual exploitation of minors (Possession, distribution and receipt of child pornography)

18 U.S.C. § 2252A- Certain activities relating to material constituting or containing child pornography

18 U.S.C. § 2260- Production of sexually explicit depictions of a minor for importation into the United States

## Prostitution: Refer to Bilderberg and Brainwashing

## Attempted Murder: Refer to Work Experience (Accident in Prius V)

## Refusal of Lease or Rental Agreement: Refer to Bilderberg (Azema Ross)

## Enumerated First Degree Murders: Refer to the New York City (Shooting of Melvin Santiago)

In most states, first-degree murder is defined as an unlawful killing that is both willful and premeditated, meaning that it was committed after planning or "lying in wait" for the victim. Most states also adhere to a legal concept known as the "felony murder rule," under which a person commits first-degree murder if any death (even an accidental one) results from the commission of certain violent felonies -- such as arson, burglary, kidnapping, rape, and robbery. State laws categorizing murders into first, second and possibly third degrees generally require that first degree murders include three basic elements: willfulness, deliberation and

**Laws Broken**                                                                    **Page 2 of 14**

premeditation. Some states also require "malice aforethought" as an element, though sates differ as to how malice must be shown and whether this is a separate requirement from willful, deliberate and premeditated taking of human life. Most states also enumerate certain kinds of killings as first degree murders without need to prove intent, deliberation and premeditation. State laws often categorize specific types of killings as first degree. In the case of the murder of law a law enforcement officer, the typical elements of specific intent to kill, deliberation and premeditation may not be required.

## Involuntary Manslaughter: Refer to New York City (Shooting of Melvin Santiago)

Involuntary manslaughter usually refers to an unintentional killing that results from recklessness or criminal negligence, or from an unlawful act that is a misdemeanor or low-level felony (such as DUI). The usual distinction from voluntary manslaughter is that involuntary manslaughter (sometimes called "criminally negligent homicide") is a crime in which the victim's death is unintended.

## Freedom to protest government actions and demand change: Refer to Bilderberg (E-mails to Skanska and Littler)

The government cannot silence or punish people who challenge government actions they don't agree with.

## Simple Assault: Refer to Simple Assault and Restraining Order (Jason Brinker vs. Paul Steinitz)

## Violating a Protection Order: Refer to Simple Assault and Restraining Order (Jason Brinker vs. Paul Steinitz)

## Amendment XIV: Refer to Brainwashing and Bilderberg

No state shall deprive any person of life, liberty, or property, without due process of law.

## Fraud: Refer to Bilderberg (Rasweiler Group Trust Fund)

Fraud is a broad term that refers to a variety of offenses involving dishonesty or "fraudulent acts". In essence, fraud is the intentional deception of a person or entity by another made for monetary or personal gain.

Fraud offenses always include some sort of false statement, misrepresentation, or deceitful conduct. The main purpose of fraud is to gain something of value (usually money or property) by misleading or deceiving someone into thinking something which the fraud perpetrator knows to be false. While not every instance of dishonesty is fraud, knowing the warning signs may help stop someone from gaining any unfair advantage over your personal, financial, or business affairs.

Criminal fraud requires criminal intent on the part of the perpetrator, and is punishable by fines or imprisonment. Civil fraud, on the other hand, applies more broadly to circumstances where bad-faith is usually involved, and where the penalties are meant to punish the perpetrator and put the victim back in the same position before the fraud took place.

While the exact wording of fraud charges varies among state and federal laws, the essential elements needed to prove a fraud claim in general include: (1) a misrepresentation of a material fact; (2) by a person or entity who knows or believes it to be false; (3) to a person or entity who justifiably relies on the misrepresentation; and (4) actual injury or loss resulting from his or her reliance.

Most states require that each element be proven with "particularity" -- meaning that each and every element must be separately proven for a fraud charge to stand.

Short Selling: Defined as the sale of securities that an investor does not own or has borrowed.

Unregistered Securities: Intrastate, and smaller offerings, as well as private offerings to a limited number of offerees, and certain offerings of municipal, state, or federal government securities may qualify for exemption from registration. Registration statements and prospectuses become public shortly after the company files them with the SEC, and may then be viewed electronically using EDGAR. Registration forms call for descriptions of a company's business operations, it's management and the securities it is offering; audited financial statements must also be included.

Affinity fraud almost always involves either a fake investment or an investment where the fraudster lies about important details (such as the risk of loss, the track record of the investment, or the background of the promoter of the scheme). Fraudsters who carry out affinity scams frequently are (or pretend to be) members of the group they are trying to defraud. The group could be a religious group, such as a particular denomination or church, or an ethnic group or immigrant community. It could be a racial minority. It could be members of a particular workforce — even members of the military have been targets of these frauds. Fraudsters target any group they think they can convince to trust them with the group members' hard-earned savings.

### Racketeering: Refer to Bilderberg (Rasweiler Group Trust Fund)

Racketeering is when organized groups run illegal businesses, known as "rackets," or when an organized crime ring uses legitimate organizations to embezzle funds. Such activities can have devastating.

### Foreign Corrupt Practices Act: Refer to Mile High Tower, Bilderberg (Rasweiler Group Trust Fund), Scientific American: The Brain's GPS, and Brainwashing

The idea of Foreign Corrupt Practices Act (FCPA) is to make it illegal for companies and their supervisors to influence anyone with any personal payments or rewards. This act was passed to make it unlawful for certain classes of persons and entities to make payments to foreign government officials to assist in obtaining or retaining business. In the case of foreign natural and legal persons, the Act covers their deeds if they are in the U.S. at the time of the corrupt conduct. This is considered the protective principle of the act.[3] Further, the Act governs not only payments to foreign officials, candidates, and parties, but any other recipient if part of the bribe is ultimately attributable to a foreign official, candidate, or party. These payments are not restricted to monetary forms and may include anything of value.[5] This is considered the territoriality principle of the act.

### Tax Evasion: Refer to Bilderberg (Rasweiler Group Trust Fund)

One of the most common forms of tax evasion involves underreporting income. Businesses sometimes inflate their expenses, and families occasionally overstate the size of the household in order to take larger deductions. Finally, people take advantage of the current credit system by misrepresenting their circumstances.

### Conspiracy: Refer to Bilderberg and Brainwashing (The Skull and Crossbones, CIA, NSA, KBR, Bilderberg Group, etc.)

A criminal conspiracy exists when two or more people agree to commit almost any unlawful act, then take some action toward its completion. The action taken need not itself be a crime, but it must indicate that those involved in the conspiracy knew of the plan and intended to break the law. One person may be charged with and convicted of both conspiracy and the underlying crime based on the same circumstances.

### Treason: Refer to Bilderberg, Brainwashing, and Explanation Below

### Amendment XII: Refer to Bilderberg and Brainwashing

The Office of the Federal Register does not have the authority to handle issues related to the general election, such as candidate qualifications. The President is not chosen by a nation-wide popular vote. The Electoral College vote totals determine the winner, not the statistical plurality or majority a candidate may have in the nation-wide popular vote totals. Electoral votes are

awarded on the basis of the popular vote in each state. The Office of the Federal Register at the National Archives and Records Administration administers the Electoral College process, which takes place after the November general election.

## Amendment XXII: Refer to Bilderberg and Brainwashing

No person shall be elected to the office of the President more than twice, and no person who has held the office of President, or acted as President, for more than two years of a term to which some other person was elected President shall be elected to the office of the President more than once. But this article shall not apply to any person holding the office of President when this article was proposed by the Congress, and shall not prevent any person who may be holding the office of President, or acting as President, during the term within which this article becomes operative from holding the office of President or acting as President during the remainder of such term.

## Amendment XIII: Refer to Bilderberg and Brainwashing

Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction. Congress shall have power to enforce this article by appropriate legislation.

## Amendment VIII: Refer to Bilderberg, Brainwashing, and Explanation Below

Cruel and unusual punishment shall not be inflicted.

## Attempted Murder: Refer to Bilderberg and Brainwashing (Polio, BP, Gettysburg, and Dasani)

## A crime of Moral Turpitude: Refer to Bilderberg (Rasweiler Group Trust Fund) and Brainwashing

A crime with intent to steal or defraud; a crime where physical harm is done or threatened; a crime where serious physical harm is caused by reckless behavior; or a crime of sexual misconduct.

## Intellectual Property Theft (Idea Theft): Refer to Bilderberg (February 2015 - Encrypted Television and October 2015 – CIA Questioning)

**Securities Fraud: Refer to Bilderberg (Bloomberg)**

Illegal insider trading refers generally to buying or selling a security in breach of a fiduciary duty or other relationship of trust and confidence, while in possession of material, nonpublic information about the security. Insider trading violations may also include "tipping" such information, securities trading by the person "tipped," and securities trading by those who misappropriate such information.

Manipulation is the intentional conduct designed to deceive investors by controlling or artificially affecting the market for security. Manipulation can involve spreading false or misleading information about a company.

Third Party Misrepresentation: Securities fraud occurs when a third party gives out false information about the stock market or a particular company or industry. The perpetrator will then send out false information about the company to encourage others to buy the stock, driving up the price. Once the price of the stock is high enough, the perpetrator sells his or her shares for a profit.

**Computer Crime: Refer to Bilderberg and Brainwashing**

Computer crime describes a very broad category of offenses. Some of them are the same as non-computer offenses, such as larceny or fraud, except that a computer or the Internet is used in the commission of the crime. Others, like many forms of hacking, are uniquely related to computers. Read on to find out what kinds of activities are considered computer crimes and how to prevent them.

Computer crime laws in many states prohibit a person from performing certain acts without authorization, including:

Improperly accessing a computer, system, or network
Modifying, damaging, using, disclosing, copying, or taking programs or data
Introducing a virus or other contaminant into a computer system
Using a computer in a scheme to defraud
Interfering with someone else's computer access or use
Using encryption in aid of a crime
Falsifying e-mail source information
Stealing an information service from a provider

**Identity Theft: Refer to Bilderberg (USAA American Express Credit Card, Brazos Valley Schools Credit Union, and TD Bank) and Brainwashing**

Identity theft and identity fraud are terms used to refer to all types of crime in which someone wrongfully obtains and uses another person's personal data in some way that involves fraud or deception, typically for economic gain. Identity theft laws in most states make it a crime to misuse another person's identifying information -- whether personal or financial. Such data (including social security numbers, credit history, and PIN numbers) is often acquired through 1) the offender's unlawful access to information from government and financial entities, or 2) lost or stolen mail, wallets and purses, identification, and credit or debit cards. Identity theft is one of the fastest-growing crimes in the nation, robbing its victims of time, money and peace of mind. Identity thieves often use the Internet but also can obtain sensitive personal data from trash cans and other unsecured locations.

**Larceny: Refer to Bilderberg (Rasweiler Group Trust Fund)**

The crime of "theft" has gradually become a catch-all term for all kinds of common-law property crimes, including larceny. Several states and the Model Penal Code organize larceny and certain other property crimes under the classification of theft; other states retain the traditional common-law distinctions, however. In those other states, larceny remains its own crime, separate from other property crimes such as embezzlement, robbery and the acquisition of property through false pretenses.

**Amendment VI: Refer to Bilderberg, Brainwashing, and Explanation Below**

To have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Council for his defense.

**Assault and Battery: Refer to Bilderberg (Plaza Hotel; Texas Arizona; and April 16, 2015)**

The types of acts that fall into the category of assaults can vary widely, but typically an assault requires an overt or direct act that would put the reasonable person in fear for their safety. Spoken words alone will not be enough of an act to constitute an assault unless the offender backs them up with an act or actions that put the victim in reasonable fear of imminent harm. - See more at.

Although the statutes defining battery will vary by jurisdiction, a typical definition for battery is the intentional offensive or harmful touching of another person without their consent.

Depending on the state, reckless behavior can also constitute aggravated assault for example when someone acts with reckless indifference to human life, but without the specific intent to injure any particular person.

## Hate Crime: Refer to Bilderberg (Plaza Hotel, Texas Arizona, and April 16, 2015) and Brainwashing

In addition to possible punishment for aggravated assault, assaults on members of certain protected classes can constitute hate crimes. These can include assaults based on race, ethnicity, national origin, religion, sexual orientation, or disability of the victim.

Hate crime is the violence of intolerance and bigotry, intended to hurt and intimidate someone because of their race, ethnicity, national origin, religious, sexual orientation, or disability. The purveyors of hate use explosives, arson, weapons, vandalism, physical violence, and verbal threats of violence to instill fear in their victims, leaving them vulnerable to more attacks and feeling alienated, helpless, suspicious and fearful. Others may become frustrated and angry if they believe the local government and other groups in the community will not protect them. When perpetrators of hate are not prosecuted as criminals and their acts not publicly condemned, their crimes can weaken even those communities with the healthiest race relations.

Of all crimes, hate crimes are most likely to create or exacerbate tensions, which can trigger larger community-wide racial conflict, civil disturbances, and even riots. Hate crimes put cities and towns at-risk of serious social and economic consequences. The immediate costs of racial conflicts and civil disturbances are police, fire, and medical personnel overtime, injury or death, business and residential property loss, and damage to vehicles and equipment. Long-term recovery may be hindered by a decline in property values, which results in lower tax revenues, scarcity of funds for rebuilding, and increased insurance rates.

## Freedom of the Press and Printing Falsehoods: Refer to Bilderberg

I went to Washington DC. I was told that CCR has to be given clearance by the government to print. I went to their website; and, it said that Guantanamo has only been open for fifteen years. When I was in New York City, I saw that Andrew Cuomo had died. On November 23, 2014; Stanley Bruno texted me to schedule an interview in December for a position with STV as Assistant Project Manager at LaGuardia Airport. I went in for an interview in December. They were going to build a new terminal at LaGuardia. Stanley Bruno told me Michael Cuomo had come in to talk with him the day before my interview. When I went to the Harvard Club someone from Cuomo's Office was there and he gave me his card. I told him that I was looking to design, engineer, procure, and construct the world's tallest building in Central Park. There

was a protest at the Harvard Room. He said that Andrew Cuomo wasn't there, and he took the flier. I remembered that Andrew Cuomo was the father of Michael Cuomo.

### Domestic Violence: Refer to Simple Assault and Restraining Order (Jason Brinker vs. Paul Steinitz) and Bilderberg (Skull and Crossbones, CIA, NSA, etc.)

Domestic violence refers to violent acts committed by a family or household member against another, such as child abuse or the mistreatment of one's spouse. Domestic violence can refer to physical harm inflicted on a member of a household or family, by another member of the same household or family. The catch-all term domestic violence can generally apply to any partners -- married or unmarried, straight or gay, living together or simply dating. Domestic violence (sometimes called "spousal abuse") usually involves repetitive physical and psychological abuse, and a "cycle of violence". Specific crimes charged vary based on 1) severity of the victim's injuries, 2) whether a minor was present, and 3) whether a protective or restraining order was violated. Anyone can become a domestic violence offender or victim. While rape and murder can be forms of domestic violence, most often domestic violence consists of lesser forms of physical abuse such as slapping and pushing. Stalking can also be a form of domestic violence.

Physical abuse can include hitting, biting, slapping, battering, shoving, punching (any type of violent behavior inflicted on the victim). Sexual abuse occurs when the abuser coerces or attempts to coerce the victim into having sexual contact or sexual behavior without the victims consent. Emotional abuse involves invalidating or deflating the victim's sense of self-worth and/or self-esteem. Economic abuse takes place when the abuser makes or tries to make the victim financially reliant.

### Terrorist Activities: Refer to Bilderberg (June 26, 2015)

### Harassment and Stalking: Refer to Bilderberg, Brainwashing, and Simple Assault and Restraining Order (Jason Brinker vs. Paul Steinitz)

"Harassment" refers to a broad number of behaviors that are subject to both criminal punishment and civil liability. On the criminal side, states have a wide variety of criminal laws forbidding harassment in many forms, including general harassment crimes as well as specific forms of harassment, such as stalking and cyberstalking.

Harassment charges can range from misdemeanor to high level felony charges. In many states, people charged with harassment will receive a higher level charge if they have previously been convicted of harassment, of communicating a threat, or of a domestic violence offense. Harassment by someone in violation of a restraining order may also draw a higher level charge. Some states elevate the charge if the harassment targeted someone based on race, color,